Shiloh S. Hernandez (MT Bar No. 9970)
Melissa A. Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS; et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>    Defendant. | Case No. CV-20-76-GF-BMM-JTJ<br><br>**PROOF OF SERVICE** |

Plaintiffs, through their undersigned counsel, hereby submit proof of service in this case pursuant to Fed. R. Civ. P. 4(l).  On August 28, 2020, copies of the summons and complaint in the above captioned matter were sent via U.S. Postal Service first class, certified mail, return receipt requested, addressed as follows:

U.S. Bureau of Land Management
Department of the Interior
1849 C Street NW, Rm. 5665
Washington, DC 20240

Civil Process Clerk
The U.S. Attorney's Office
District of Montana
2601 Second Ave. N., Ste. 3200
Billings, MT 59101

1

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Attached hereto are the executed summonses, proof of service forms, receipts, and USPS online tracking information for the above referenced certified mailings, showing that service was completed by delivery of the summons and complaint to the Federal Defendant in this matter, the U.S. Bureau of Land Management, to the U.S. Attorney for the District of Montana, and to the U.S. Attorney General.  Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Respectfully submitted this 15th day of September 2020,

/s/ Shiloh S. Hernandez
Shiloh S. Hernandez (MT Bar No. 9970)
Melissa A. Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org

*Counsel for Plaintiffs*