AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

WESTERN ORGANIZATION OF RESOURCE COUNCILS; MONTANA ENVIRONMENTAL INFORMATION CENTER; POWDER RIVER BASIN RESOUCE COUNCIL; NORTHERN PLAINS RESOURCE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; WILDEARTH GUARDIANS; and SIERRA CLUB

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT

*Defendant(s)*

Civil Action No. CV-20-76-GF-BMM-JTJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Bureau of Land Management
Department of the Interior
1849 C Street NW, Rm. 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shiloh S. Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hernandez@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/27/2020

M. Stewart

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-20-76-GF-BMM-JTJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Bureau of Land Management
was received by me on *(date)* 08/27/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons and complaint were sent via U.S. Postal Service first class, certified mail, return receipt requested on August 28, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Montana, and to the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2020

*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

208 Paseo del Pueblo Sur, #602
Taos, NM 87571
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https %3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70192970000076911614

Remove ✕

Your item was delivered to an individual at the address at 11:50 am on September 1, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

September 1, 2020 at 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ∨

---

**Text & Email Updates** ∨

**Return Receipt Electronic** ∨

**Tracking History** ∧

September 1, 2020, 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 11:50 am on September 1, 2020 in WASHINGTON, DC 20240.

September 1, 2020, 8:50 am
Arrived at Unit
WASHINGTON, DC 20018

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:51 pm
USPS in possession of item
TAOS, NM 87571



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20240    OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0571 |
| $ | | | 20 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $1.70 | |
| ☒ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | $1.40 | | |
| $ | | | |
| Total Postage and Fees | | | 08/28/2020 |
| $ | $6.65 | | |

Sent To  U.S. Bureau of Land Management
Street and Apt. No., or PO Box  Department of the Interior
                                1849 C Street NW, Rm. 5665
City, State, ZIP+4®  Washington, DC 20240

PS Form 3800, April 2015

September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 7691 1614**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 1, 2020, 11:50 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *(signature)* |
| Address of Recipient: | 20241 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004