# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**  
Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70192970000076911638

Your item was delivered to an individual at the address at 1:24 pm on September 1, 2020 in BILLINGS, MT 59101.

## ✓ Delivered

September 1, 2020 at 1:24 pm  
Delivered, Left with Individual  
BILLINGS, MT 59101

Get Updates ∨

**Text & Email Updates**

**Return Receipt Electronic**

**Tracking History**

September 1, 2020, 1:24 pm  
Delivered, Left with Individual  
BILLINGS, MT 59101  
Your item was delivered to an individual at the address at 1:24 pm

September 1, 2020, 2:56 am  
Departed USPS Regional Destination Facility  
BILLINGS MT DISTRIBUTION CENTER

August 31, 2020, 4:12 pm  
Arrived at USPS Regional Destination Facility  
BILLINGS MT DISTRIBUTION CENTER

August 31, 2020  
In Transit to Next Facility

August 29, 2020, 8:07 am  
Departed USPS Facility  
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 am  
Arrived at USPS Origin Facility  
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm  
Departed Post Office  
TAOS, NM 87571

August 28, 2020, 4:51 pm  
USPS in possession of item  
TAOS, NM 87571

---

**U.S. Postal Service™**  
**CERTIFIED MAIL® RECEIPT**  
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Billings MT 59101  **OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $3.55  0571 |
| $ | $2.85  20 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) $ $10.70 | |
| ☒ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.40 | |
| Total Postage and Fees $9.50 | 08/28/2020 |

Sent To  Civil Process Clerk  
Street and Apt. No., or PO Box No.  The U.S. Attorney's Office  
District of Montana  
City, State, ZIP+4®  2601 Second Ave. N., Ste. 3200  
PS Form 3800, April 2015 PSN 7530  Billings, MT 59101

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk  
The U.S. Attorney's Office  
District of Montana  
2601 Second Ave. N., Ste. 3200  
Billings, MT 59101

9590 9402 4864 9032 8158 31

2. Article Number *(Transfer from service label)*

7019 2970 0000 7691 1638

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  
X  PA cll  
☐ Agent  
☐ Addressee

B. Received by *(Printed Name)*  
C19  
C. Date of Delivery  
9-1-20

D. Is delivery address different from item 1?  ☐ Yes  
If YES, enter delivery address below:  ☐ No

3. Service Type  
☐ Adult Signature  
☐ Adult Signature Restricted Delivery  
☒ Certified Mail®  
☐ Certified Mail Restricted Delivery  
☐ Collect on Delivery  
☐ Collect on Delivery Restricted Delivery  
☐ Insured Mail  
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®  
☐ Registered Mail™  
☐ Registered Mail Restricted Delivery  
☐ Return Receipt for Merchandise  
☐ Signature Confirmation™  
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 7691 1638**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 1, 2020, 1:24 pm |
| Location: | BILLINGS, MT 59101 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten] M C11 K19* |
| Address of Recipient: | *[handwritten] 2601 2nd Ave N* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004