# USPS Tracking®

FAQs ›

**Track Another Package +**

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70192970000076911621

Your item was delivered at 5:13 am on September 2, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

September 2, 2020 at 5:13 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates** ∨

**Return Receipt Electronic** ∨

**Tracking History** ∧

September 2, 2020, 5:13 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:13 am on September 2, 2020 in WASHINGTON, DC 20530.

September 1, 2020, 10:37 am
Available for Pickup
WASHINGTON, DC 20530

September 1, 2020, 6:44 am
Arrived at Unit
WASHINGTON, DC 20018

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:51 pm
USPS in possession of item
TAOS, NM 87571



Certified Mail Receipt — Sent To: United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001. Certified Mail Fee $3.55; Return Receipt (electronic) $1.70; Postage $1.40; Total Postage and Fees $6.65. Postmark 08/28/2020.

September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 7691 1621**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | September 2, 2020, 5:13 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[address image]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004