Shiloh S. Hernandez (MT Bar No. 9970)
Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org

*Counsel for Western Organization of Resource Councils,
Montana Environmental Information Center,
Powder River Basin Resource Council, Northern Plains Resource Council,
Center for Biological Diversity, WildEarth Guardians, and Sierra Club*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS; MONTANA ENVIRONMENTAL INFORMATION CENTER; POWDER RIVER BASIN RESOUCE COUNCIL; NORTHERN PLAINS RESOURCE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, and SIERRA CLUB, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Case No. 4:20-cv-76-BMM-JTJ <br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs, through their undersigned counsel, hereby certify to this Court that there are no parent corporations of, or any publicly-held corporations that own any stock in Plaintiffs' non-profit corporations.

Respectfully submitted this 15th day of September 2020.

/s/ Shiloh S. Hernandez
Shiloh S. Hernandez (MT Bar No. 9970)
Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org

*Counsel for Western Organization of Resource Councils,*
*Montana Environmental Information Center,*
*Powder River Basin Resource Council,*
*Northern Plains Resource Council,*
*Center for Biological Diversity,*
*WildEarth Guardians, and Sierra Club*