Shiloh S. Hernandez (MT Bar #9970)
Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice pending*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF NATHANIEL SHOAFF** |

Plaintiffs respectfully move this Court to enter an order admitting Nathaniel Shoaff to practice before the Court for this case pursuant to L.R. 83.1(d). In support of this motion, attached hereto is the Declaration of Nathaniel Shoaff for Admission *Pro Hac Vice* as required by L.R. 83.1(d)(3). Also attached hereto is a Proposed Order Granting Nathaniel Shoaff Admission *Pro Hac Vice* as required by L.R. 7.1(c)(3).

Shiloh Hernandez consents to be the local counsel in this matter. Mr. Hernandez will be available for communications regarding the conduct of this case from the Court and all parties and agrees to accept service of papers related to this case. Mr. Hernandez agrees and consents to participate actively in all phases of this case in conformity with L.R. 83.1(d)(6).

Respectfully submitted this 24th day of September, 2020.

/s/ Shiloh Hernandez
Shiloh Hernandez (MT Bar #9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org

*Attorney for Plaintiffs*