IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF NATHANIEL SHOAFF** |

Plaintiffs have moved for admission of Nathaniel Shoaff to practice before this Court in this case with Shiloh Hernandez of the Western Environmental Law Center to act as local counsel. Mr. Shoaff's application is in compliance with L.R. 83.1(d)(3).

IT IS HEREBY ORDERED that Plaintiffs' motion to allow Mr. Shoaff to appear on their behalf *pro hac vice* is **GRANTED** on the condition that Mr. Shoaff must do his own work. This means that he must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel must appear and participate personally in all proceeding before the Court. Local counsel, Mr. Hernandez, shall also sign such pleadings, motions and briefs and other documents served or filed.

IT IS FURTHER ORDERED that this order is subject to withdrawal unless

Mr. Shoaff, within fifteen (15) days from the date of this Order, files an

acknowledgement and acceptance of his admission under the terms set forth above.

DATED this ___ day of _____, 2020.


_____
Hon. John T. Johnston
United States District Court Judge