# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | CV 20-76-GF-BMM <br><br><br> **ORDER** |

Plaintiff, Sierra Club has moved for an order allowing Nathaniel Shoaff, Esq., to appear *pro hac vice* in this case with Shiloh Hernandez, Esq. designated as local counsel. Mr. Shoaff's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiff's motion to allow Mr. Shoaff to appear on its behalf (Doc. 5) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Shoaff;

2. Mr. Shoaff must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Shoaff.

IT IS FURTHER ORDERED that:

Mr. Shoaff shall file, within fifteen (15) days from the date of this Order, an acknowledgment ad acceptance of his admission under the terms set forth above.

DATED this 24th day of September, 2020.

_____
Brian Morris, Chief District Judge
United State District Court