Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Elliott Adler, WY Bar No. 7-6434 (*Pro Hac Vice Pending*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov
elliott.adler@wyo.gov

*Counsel for Proposed Intervenor State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Case No. 4:20-cv-76-BMM-JTJ <br><br> **STATE OF WYOMING'S UNOPPOSED MOTION TO INTERVENE** |

The State of Wyoming (Wyoming) hereby moves for leave to intervene in the above-captioned case as a matter of right under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, permissively under Federal Rule of Civil Procedure

24(b). In support of this motion, Wyoming offers the attached Memorandum in Support and its Proposed Answer to Plaintiffs' Complaint.

Pursuant to Local Rule 7.l(c)(l), the undersigned conferred with counsel for the parties regarding their respective positions on the instant motion. Counsel for the federal Defendants stated that his clients have no objection to Wyoming's motion to intervene. Plaintiffs take no position on Wyoming's motion to intervene.

WHEREFORE the State of Wyoming respectfully requests that this Court grant the State leave to intervene.

Dated this 30th day of September, 2020.

FOR PROPOSED DEFENDANT-
INTERVENOR STATE OF WYOMING

_____
Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Elliott Adler, WY Bar No. 7-6434
(*Pro Hac Vice Pending*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov
elliott.adler@wyo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2020, a true copy of the foregoing was served by United States mail, first class, postage prepaid, to the following:

Melissa Anne Hornbein
Shiloh Silvan Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601

Nathaniel Shoaff
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612

*Attorneys for Plaintiffs*

Luther Hajek
United States Department of Justice
Environmental and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202

*Attorney for Federal Defendants*

_____
Travis Jordan
Assistant Attorney General