IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**[PROPOSED] ORDER** |

**IT IS HEREBY ORDERED**, that Wyoming's Motion to Intervene as a Defendant-Intervenor is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Wyoming's Proposed Answer as a separate docket entry and amend the case caption to recognize Wyoming's presence in the case as a Defendant-Intervenor.

DATED this ___ day of October, 2020.

_____
Brian Morris
United States District Court Judge