Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Elliott Adler, WY Bar No. 7-6434 (*Pro Hac Vice Pending*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov
elliott.adler@wyo.gov

*Attorneys for State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOTT ADLER** |

Pursuant to L.R. 83.1(d), the undersigned counsel, as a member of the Bar of this Court and the State Bar of Montana, hereby: (1) moves for the admission *pro hac vice* of Elliott Adler to appear and participate as counsel in this case on behalf of the Proposed Defendant-Intervenor State of Wyoming, and (2) consents to serve

as local counsel in accordance with L.R. 83.1 (d)(5).

Pursuant to L.R. 7.1(c), the other parties in the matter have been contacted and do not object to Elliott Adler's pro hac vice admission. Attached is the Declaration of Elliott Adler (Exhibit 1) in support of this Motion. The local counsel will immediately transmit a check in the amount of $255 to the Clerk of Court for pro hac vice fees when the Court grants the State of Wyoming leave to intervene in this case in compliance with L.R. 24.1. A proposed Order granting this Motion is also submitted herewith and has been e-mailed to the Judge's address for proposed orders as required by Local Rule 7.1(c)(3). (Exhibit 2).

DATED this 30th day of September, 2020.

FOR PROPOSED DEFENDANT-
INTERVENOR STATE OF WYOMING

_____
Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Elliott Adler, WY Bar No. 7-6434 (*Pro Hac Vice Pending*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
travis.jordan@wyo.gov
elliott.adler@wyo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2020, a true copy of the foregoing was served by United States mail, first class, postage prepaid, to the following:

Melissa Anne Hornbein
Shiloh Silvan Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601

Nathaniel Shoaff
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612

*Attorneys for Plaintiffs*

Luther Hajek
United States Department of Justice
Environmental and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202

*Attorney for Federal Defendants*

_____
Travis Jordan
Assistant Attorney General