Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Elliott Adler, WY Bar No. 7-6434 (*Pro Hac Vice Pending*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov
elliott.adler@wyo.gov

*Attorneys for State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, ET AL., | |
| Plaintiffs, | Case No. 4:20-cv-76-BMM-JTJ |
| v. | **DECLARATION OF ELLIOTT ADLER** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| Defendant. | |

Pursuant to 28 U.S.C. §1746, I, Elliott Adler, hereby declare under penalty of perjury as follows:

1. I represent the Proposed Defendant-Intervenor in this matter.

2.	I reside and practice in the State of Wyoming. I am an Assistant Attorney General with the Wyoming Attorney General's Office, located at:

> 2320 Capitol Avenue
> Cheyenne, Wyoming 82002
> Phone: (307) 777-8723
> Fax: (307) 777-3542
> elliott.adler@wyo.gov

3.	I will pay the admission fee, as shown on the Court's website, to the Clerk of Court in conjunction with the *Motion for Admission Pro Hac Vice of Elliott Adler*.

4.	I am proficient in electronic filing in the United States District Court for the District of Montana.

5.	I have been continuously admitted to practice before the following courts since the following dates:

| Court | Date |
|---|---|
| Wyoming Supreme Court | 2/12/2020 |
| U.S. District Court for the District of Wyoming | 2/27/2020 |

6.	I am in good standing and eligible to practice in the above referenced courts.

7.	I am not currently, nor have I ever been suspended or disbarred in any court or jurisdiction.

8. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), or (f) or their state equivalent.

9. I am currently appearing *pro hac vice* before this Court, and was granted leave to appear *pro hac vice* on 02/24/2020 in *Montana Wildlife Federation, et al.,* Case No. 4:18-CV-69-BMM (D. Mont.) (ECF No. 123). The Court has not admitted me to practice *pro hac vice* in any other case within the two years preceding the date of this application.

10. I understand that *pro hac vice* admission to this Court is personal to me only and that I will be fully accountable for the conduct of the litigation in this Court.

11. I have complied with Mont. R. Prof'l Conduct 8.5.

12. Montana counsel for Proposed Defendant-Intervenor in this matter is:

> Travis Jordan
> 2320 Capitol Avenue
> Cheyenne, Wyoming 82002
> Phone: (307) 777-7895
> travis.jordan@wyo.gov

13. Travis Jordan is a member of the bar of this Court and consents to designation as the attorney and member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served under the terms of L.R. 82.1(d)(5).

Executed this 30th day of September, 2020.

*/s/ Elliott Adler*
Elliott Adler, WSB No. 7-6434
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Phone: (307) 777-6946
Fax: (307) 777-3542
elliott.adler@wyo.gov

*Attorney for Proposed Defendant-
Intervenor State of Wyoming*