# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Case No. 4:20-cv-76-BMM-JTJ <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOTT ADLER** |

Defendant-Intervenor, State of Wyoming (Wyoming) moves for the admission of Elliott Adler to practice before this Court in this case with Travis Jordan of the Wyoming Attorney General's Office to act as local counsel. The application of Mr. Adler appears to be in compliance with L.R. 83.1(d). The motion is unopposed.

Accordingly, **IT IS HEREBY ORDERED** that the motion to admit Mr. Adler *pro hac vice* is **GRANTED** on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 81.3(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Local counsel, Mr. Jordan, will be designated as lead counsel or as co-lead counsel with Mr. Adler. Mr. Adler must do his own work. He must do his

own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Jordan, shall also sign such pleadings, motions and briefs and other documents served or filed.

3. Admission is personal to Mr. Adler; it is not an admission of the Wyoming Attorney General's Office.

**IT IS FURTHER ORDERED:**

Mr. Adler shall file, within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of his admission under the terms set forth above.

DATED this _____ day of October, 2020.

_____
Brian Morris
United States District Court Judge

2