# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>　　　Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**ORDER** |

**IT IS HEREBY ORDERED**, that Wyoming's Motion to Intervene as a Defendant-Intervenor is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court shall file Wyoming's Proposed Answer as a separate docket entry and amend the case caption to recognize Wyoming's presence in the case as a Defendant-Intervenor.

DATED this 1st day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court