MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESROUCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | CV 20-76-BMM-JTJ <br><br><br> **NOTICE OF APPEARANCE OF LUTHER L. HAJEK** |

Federal Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Federal Defendants in the above-captioned matter. Please enter the appearance of Luther L. Hajek, United States Department of Justice, as counsel for Federal Defendants.

Mr. Hajek's contact information is as follows:

>Luther L. Hajek
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>999 18th Street
>South Terrace, Suite 370
>Denver, CO 80202
>
>Telephone:  (303) 844-1376
>Facsimile:  (303) 844-1350
>E-mail:     luke.hajek@usdoj.gov

DATED: October 2, 2020

Respectfully submitted,

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Luther L. Hajek*_____
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section

                United States Department of Justice
                Environment and Natural Resources Div.
                999 18th St., South Terrace, Suite 370
                Denver, CO 80202
                Tel: (303) 844-1376
                Fax: (303) 844-1350
                E-mail: luke.hajek@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2020, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                                  */s/ Luther L. Hajek*
                                  LUTHER L. HAJEK
                                  U.S. Department of Justice