UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>　　Defendant,<br><br>and<br><br>STATE OF WYOMING,<br><br>　　Intervenor Defendant | Case No. 4:20-cv-00076-BMM-JTJ<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

　　Defendant United States Bureau of Land Management has moved, unopposed, for a three-week extension of time to file its response to Plaintiffs' complaint. For good cause shown therein, Defendant's motion is GRANTED. Defendant's response to Plaintiffs' complaint shall be filed on or before November 23, 2020.

　　SO ORDERED.

　　DATE:　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Brian M. Morris
　　　　　　　　　　　　　　　　　　　　　United States District Judge