Shiloh S. Hernandez (MT Bar No. 9970)
Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org
*Attorneys for Plaintiffs*

Nathaniel Shoaff, CA SBN 256641 (appearing *Pro Hac Vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. CV-20-76-BMM<br><br>**ACKNOWLEDGMENT OF ADMISSION *PRO HAC VICE* OF NATHANIEL SHOAFF** |

1

Pursuant to the Court's Order in the above captioned matter dated September 24, 2020, (ECF Document 6), granting Plaintiff Sierra Club's Motion for *Pro Hac Vice* Admission of Attorney Nathaniel T. Shoaff, Mr. Shoaff hereby acknowledges such admission subject to the terms listed in the Court's Order. Mr. Shoaff acknowledges that local counsel shall exercise the responsibilities required by L.R. 83.1(d)(6); that local counsel shall also sign all pleadings, motions, and briefs and other documents served or filed; that admission *pro hac vice* is personal and applies to Mr. Shoaff only; that he will do his own work, including signing pleadings, motions, and briefs; that he will appear and participate personally; and that he is registered with the Court's electronic filing system.

Respectfully submitted this 29th day of October, 2020.

_____/s/ Nathaniel Shoaff_____
Nathaniel Shoaff, CA SBN 256641(appearing *Pro Hac Vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*