MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 4:20-cv-00076-BMM-JTJ |
| v. | )<br>) **DEFENDANT'S MOTION TO** |
| | ) **PARTIALLY DISMISS FOR** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) **IMPROPER VENUE OR,**<br>) **ALTERNATIVELY, TO SEVER**<br>) **CLAIMS AND TRANSFER VENUE** |
| Defendant, and | ) |
| STATE OF WYOMING, | ) |
| Intervenor Defendant. | ) |

For the reasons set forth in the accompanying memorandum, the United States Bureau of Land Management moves pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C § 1406(a) to dismiss Plaintiffs' claims for improper venue to the extent those claims challenge a resource management plan amendment (RMPA) for the Buffalo land management area in Wyoming. In the alternative, BLM moves pursuant to Rule 21 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a) to sever those claims and transfer them to the United States District Court for the District of Wyoming.

Plaintiffs and Intervenor Defendant have been contacted pursuant to Local Rule 7.1(c)(1). Plaintiffs indicate that they object to this motion. Intervenor Defendant indicates that it does not object.

DATED: November 23, 2020  Respectfully submitted,

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

PAUL E. SALAMANCA,
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
Fax: 202-305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on November 23, 2020, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ *Arwyn Carroll*
ARWYN CARROLL
U.S. Department of Justice