# EXHIBIT 1

# Record of Decision and Approved Resource Management Plan Amendments for the Rocky Mountain Region, Including the Greater Sage-Grouse Sub-Regions of

Lewistown
North Dakota
Northwest Colorado
Wyoming

## and the Approved Resource Management Plans for

Billings
Buffalo
Cody
HiLine
Miles City
Pompeys Pillar National Monument
South Dakota
Worland

Prepared by:
US Department of the Interior
Bureau of Land Management
Washington, DC

September 2015






**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

SEP 1 8 2015

Dear Reader:

Enclosed are the Bureau of Land Management (BLM) Record of Decision (ROD) and associated land use plans for the Rocky Mountain Region Greater Sage-Grouse Conservation Strategy. The associated land use plans include the Approved Resource Management Plan Amendments (RMPAs) for the Rocky Mountain Region Greater Sage-Grouse Sub-Regions of Lewistown, North Dakota, Northwest Colorado, and Wyoming, and the Approved Resource Management Plans (RMPs) for Billings, Buffalo, Cody, HiLine, Miles City, Pompeys Pillar National Monument, South Dakota, and Worland.

The documents are the product of an unprecedented effort to respond to the deteriorating health of the sagebrush landscapes of the American West and the declining population of the Greater Sage-Grouse, a ground-dwelling bird that has been under consideration by the U.S. Fish and Wildlife Service (FWS) for protection under the Endangered Species Act. Based on the best available science and with extensive participation from the public, partners, and stakeholders, these documents, and those published today for the Great Basin, serve as the cornerstone of the broader, landscape-level National Greater Sage-Grouse Conservation Strategy (Strategy).

This Strategy responds to the threats identified in the FWS's 2010 "warranted, but precluded" finding and was guided by over a decade of research, analyses, and recommendations for Greater Sage-Grouse conservation, including the FWS Conservation Objectives Team Report and the BLM National Technical Team Report. These underlying Reports were developed through a collaboration of state, Federal, and research scientists with extensive experience in sage-grouse management and research.

The BLM's actions are guided by the Federal Land Policy and Management Act, which requires that RMPs for managing public lands be developed and maintained, and the National Environmental Policy Act, which requires that an environmental impact statement (EIS) be prepared for major Federal actions significantly affecting the quality of the human environment. In fulfillment of these requirements, the BLM prepared 15 EISs for the associated Draft RMPs and RMPAs, which were published in 2012 and 2013.[1] Each document incorporated analyses and input from the public; Native American tribes; cooperating agencies and other local, state, and Federal agencies and organizations; and BLM resource specialists.

The public had 90 days to comment following publication of the Draft RMPs, RMPAs and EISs. The BLM received 45,200 unique letters with more than 10,300 substantive comments on all the Rocky Mountain Region Draft documents. The BLM and the U.S. Forest Service reviewed, summarized, and took into consideration these comments when preparing the Proposed RMPAs/Final EISs and Proposed RMPs/Final EISs, which were published May 29, 2015, for a 60-day Governor's consistency review and a 30-day public protest period.

---

[1] The BLM published one of the 15 Draft EISs – that associated with the Lander RMP Revision – in 2011.

The BLM received consistency review letters from the Governors of Colorado, Montana, North Dakota, South Dakota, and Wyoming and has worked closely with these States to address their concerns. Across all of the Proposed RMPAs, Proposed RMPs, and their associated EISs in the Rocky Mountain Region, government entities, private citizens, non-governmental organizations, and other stakeholders submitted 149 protest letters. Of those, 120 letters contained valid protest issues, in accordance with 43 Code of Federal Regulations 1610.5-2. The BLM addressed these issues in the Director's Protest Resolution Reports. These Reports are available on the Internet at:http://www.blm.gov/wo/st/en/prog/planning/planning_overview/protest_resolution/protestreports.html.

The Assistant Secretary for Land and Minerals Management of the U.S. Department of the Interior and I have signed the attached ROD, approving the RMPAs and RMPs. These plans will guide future land and resource management on BLM-administered land in this region to benefit Greater Sage-Grouse and more than 350 other species of wildlife that depend on healthy sagebrush-steppe landscapes, while maintaining multiple uses, including grazing and recreation.

This ROD applies to the BLM plans for the Rocky Mountain Region and applies only to BLM-managed lands and subsurface mineral estate. However, the complete Strategy on BLM- and U.S. Forest Service-administered lands consists of this ROD, the BLM ROD for the Great Basin Region, the BLM ROD for the Lander RMP,[2] and the two Forest Service RODs for each of these regions. Together these five RODs and the underlying plans implement the Strategy across the remaining range of the species.

Copies of the ROD, RMPAs, and RMPs can be obtained from the BLM's National Greater Sage-Grouse website at: http://www.blm.gov/wo/st/en/prog/more/sagegrouse.html.

The BLM extends its sincere appreciation to the public; Native American tribal representatives; local, state, and other Federal agencies; and the cooperating agencies, all of whom contributed significantly to the completion of these plans. Your participation informed and improved the land use plans presented here. Together with our partners, we have taken action that ensures a bright future for wildlife, the sagebrush sea, and a thriving economy in the American West. We look forward to working with you to implement the Strategy.

Sincerely,

Neil Kornze
Director

Enclosure:
1. Record of Decision and Approved Resource Management Plan Amendments and Approved Resource Management Plans

---

[2] The BLM signed the ROD approving the Lander RMP in June 2014.

# SUMMARY

This Record of Decision (ROD) is the culmination of an unprecedented effort to conserve Greater Sage-Grouse (GRSG) habitat on public lands administered by the Bureau of Land Management (BLM). It is consistent with the BLM's multiple-use and sustained yield mission and the joint objective established by Federal and State leadership through the GRSG Task Force to conserve GRSG habitat on Federal, State, and private land such that additional protections under the Endangered Species Act may be avoided.

In response to a 2010 determination by the US Fish and Wildlife Service (FWS) that the listing of the GRSG under the Endangered Species Act was "warranted, but precluded" by other priorities, the BLM, in coordination with the US Department of Agriculture Forest Service, developed a landscape-level management strategy, based on the best available science, that was targeted, multi-tiered, coordinated, and collaborative. This strategy offers the highest level of protection for GRSG in the most important habitat areas. It addresses the specific threats identified in the 2010 FWS "warranted, but precluded" decision and the FWS 2013 Conservation Objectives Team (COT) Report.

This ROD and Approved Resource Management Plan Amendments (ARMPAs) are for the Rocky Mountain Region Greater Sage-Grouse Sub-Regions of Lewistown, North Dakota, Northwest Colorado, and Wyoming; and Approved Resource Management Plans (ARMPs) for the Billings Field Office, Buffalo Field Office, Cody Field Office, HiLine District, Miles City Field Office, Pompeys Pillar National Monument, South Dakota Field Office, and Worland Field Office. The ARMPAs and ARMPs include GRSG habitat management direction that avoids and minimizes additional disturbance in GRSG habitat management areas. Moreover, they target restoration of and improvements to the most important areas of habitat. Management under the ARMPs and ARMPAs is directed through land use allocations that apply to GRSG habitat. These allocations accomplish the following:

- Eliminate most new surface disturbance in the most highly valued sagebrush ecosystem areas identified as Sagebrush Focal Areas

- Avoid or limit new surface disturbance in Priority Habitat Management Areas, of which Sagebrush Focal Areas are a subset

- Minimize surface disturbance in General Habitat Management Areas

In addition to protective land use allocations in habitat management areas, the ARMPs and ARMPAs include a suite of management actions, such as establishing disturbance limits, GRSG habitat objectives, mitigation requirements, monitoring protocols, and adaptive management triggers and responses. They also include other conservation measures that apply throughout designated habitat management areas.

The cumulative effect of these measures is to conserve, enhance, and restore GRSG habitat across the species' remaining range in the Rocky Mountain Region and to provide greater certainty that BLM resource management plan decisions in GRSG habitat in the Rocky Mountain Region can lead to conservation of the GRSG and other sagebrush-steppe-associated species in the region. The targeted resource management plan protections in this ROD and the ARMPs and ARMPAs apply not only to the GRSG and its habitat but also to over 350 wildlife species associated with the sagebrush-steppe ecosystem; this is widely recognized as one of the most imperiled ecosystems in North America. In addition to protecting habitat, reversing the slow degradation of this valuable ecosystem will also benefit local rural economies and a variety of rangeland uses, including recreation and grazing. This also will safeguard the long-term sustainability, diversity, and productivity of these important and iconic landscapes.

This conservation strategy has been developed in conjunction with the 10 states in which the ARMPs and ARMPAs apply, including those ARMPAs for the four sub-regions in the BLM's Great Basin Region ROD. In combination with additional State and Federal actions underway and in development, this strategy represents an unprecedented coordinated collaboration among Federal land management agencies and the States to manage an entire ecosystem and associated flora and fauna. The goal is to achieve the COT Report objective of "conserv[ing] the sage-grouse so that it is no longer in danger of extinction or likely to become in danger of extinction in the foreseeable future." [Dan Ashe, Director, FWS. Transmittal letter to COT Report. 2013]

# TABLE OF CONTENTS

Chapter                                                                                                                                 Page

**DEAR READER LETTER**

**SUMMARY** .................................................................................................................................... **S-1**

**1. INTRODUCTION** ............................................................................................................ **1-1**

    1.1    Rocky Mountain Region Planning Area.................................................................1-2
    1.2    Early GRSG Conservation Efforts...........................................................................1-6
    1.3    Threats to GRSG in the Rocky Mountain Region...............................................1-8
    1.4    National GRSG Conservation Strategy.................................................................1-9
    1.5    How the ARMPs and ARMPAs Address the Identified Threats to GRSG
           Conservation ...........................................................................................................1-14
    1.6    Key Components of the BLM GRSG Conservation Strategy ........................1-21
           1.6.1    Avoid and Minimize Surface Disturbance ..............................................1-22
           1.6.2    Improving Habitat Condition .....................................................................1-26
           1.6.3    Reducing Threats of Rangeland Fire to GRSG and Sagebrush Habitat...........1-28
           1.6.4    Monitoring, Evaluation, and Adaptive Management.............................1-29
    1.7    Unique Aspects of the Rocky Mountain Region's ARMPs and ARMPAs ......1-30
    1.8    Decision Rationale...................................................................................................1-33
    1.9    Implementation ........................................................................................................1-39
           1.9.1    Additional Implementation Guidance and Considerations ................1-40

**2. DECISION** ......................................................................................................................... **2-1**

    2.1    Summary of the Approved Management Decisions ..........................................2-1
    2.2    What the ROD, ARMPAs, and ARMPs Provide ..................................................2-1
    2.3    What the ROD, ARMPAs, and ARMPs Do Not Provide ....................................2-2
    2.4    Modifications and Clarifications .............................................................................2-3
           2.4.1    Lewistown .......................................................................................................2-6
           2.4.2    North Dakota..................................................................................................2-6
           2.4.3    Northwest Colorado.....................................................................................2-7
           2.4.4    Wyoming ..........................................................................................................2-8
           2.4.5    Billings................................................................................................................2-8
           2.4.6    Buffalo................................................................................................................2-9
           2.4.7    Cody ................................................................................................................2-11
           2.4.8    HiLine ..............................................................................................................2-14
           2.4.9    Miles City.......................................................................................................2-15
           2.4.10   Pompeys Pillar National Monument..........................................................2-16
           2.4.11   South Dakota................................................................................................2-16
           2.4.12   Worland .........................................................................................................2-17
    2.5    Protest Resolution..................................................................................................2-19
           2.5.1    Lewistown .....................................................................................................2-20
           2.5.2    North Dakota................................................................................................2-20
           2.5.3    Northwest Colorado...................................................................................2-21
           2.5.4    Wyoming ........................................................................................................2-21
           2.5.5    Billings and Pompeys Pillar National Monument....................................2-22
           2.5.6    Bighorn Basin (Cody and Worland Field Offices).................................2-23
           2.5.7    Buffalo..............................................................................................................2-23
           2.5.8    HiLine ..............................................................................................................2-24

# TABLE OF CONTENTS *(continued)*

| Chapter | | | Page |
|---|---|---|---|
| | 2.5.9 | Miles City | 2-25 |
| | 2.5.10 | South Dakota | 2-25 |
| 2.6 | Governor's Consistency Review | | 2-26 |
| **3.** | **ALTERNATIVES** | | **3-1** |
| 3.1 | Alternatives Considered | | 3-1 |
| | 3.1.1 | Alternatives Considered for the GRSG RMP Amendments | 3-2 |
| | 3.1.2 | Alternatives Considered for the RMP Revisions | 3-5 |
| 3.2 | Alternatives Considered But Not Analyzed in Detail | | 3-20 |
| **4.** | **MANAGEMENT CONSIDERATIONS—RATIONALE FOR ARMPS (PLAN REVISIONS)** | | **4-1** |
| **5.** | **MITIGATION MEASURES FOR ARMPS (PLAN REVISIONS)** | | **5-1** |
| **6.** | **PLAN MONITORING FOR ARMPS (PLAN REVISIONS)** | | **6-1** |
| **7.** | **PUBLIC INVOLVEMENT, CONSULTATION, AND COORDINATION** | | **7-1** |
| 7.1 | Public Involvement | | 7-1 |
| 7.2 | Cooperating Agencies | | 7-2 |
| 7.3 | FWS Section 7 Consultation | | 7-7 |
| 7.4 | Native American and State Historic Preservation Officers Consultation | | 7-7 |
| **8.** | **REFERENCES** | | **8-1** |
| **9.** | **APPROVAL** | | **9-1** |

# TABLES

| | | Page |
|---|---|---|
| 1-1a | Land Management in the Rocky Mountain ARMPA Planning Areas (in Acres) | 1-5 |
| 1-1b | Land Management in the Rocky Mountain ARMP Planning Areas (Surface Acres) | 1-5 |
| 1-2 | Threats to GRSG in the Rocky Mountain Region as identified by the Conservation Objectives Team | 1-11 |
| 1-3a | Surface Acres of PHMAs, GHMAs, RHMAs, and LCHMAs in the Decision Area for the Rocky Mountain Region | 1-16 |
| 1-3b | BLM-Administered Federal Mineral Estate of PHMAs, GHMAs, RHMAs, and LCHMAs in the Decision Area for the Rocky Mountain Region | 1-16 |
| 1-4 | Key Management Responses from the Rocky Mountain Region GRSG ARMPs and ARMPAs that Address the COT Report Threats | 1-18 |
| 4-1 | Summary of Major Resources and Resource Uses Management Decisions Contained in the ARMPs Compared to Prior RMP Management Decisions | 4-1 |

# FIGURES

Page

| | | |
|---|---|---|
| 1-1 | Rocky Mountain Region Greater Sage-Grouse Sub-Regions | 1-3 |
| 1-2 | Rocky Mountain Region Planning Area | 1-4 |
| 1-3 | Rocky Mountain Region Decision Area, Greater Sage-Grouse Habitat Management Areas (BLM-Administered Lands) | 1-7 |
| 1-4 | Greater Sage-Grouse Priority Areas for Conservation, Populations, and WAFWA Management Zones | 1-10 |
| 1-5 | Regional and Sub-Regional Boundaries with Greater Sage-Grouse Habitat Management Areas (BLM-Administered Lands) | 1-13 |

# ATTACHMENTS

1	Lewistown Field Office Greater Sage-Grouse Approved Resource Management Plan Amendment
2	North Dakota Greater Sage-Grouse Approved Resource Management Plan Amendment
3	Northwest Colorado Greater Sage-Grouse Approved Resource Management Plan Amendment
4	Wyoming Greater Sage-Grouse Approved Resource Management Plan Amendment
5	Billings Field Office Approved Resource Management Plan
6	Buffalo Field Office Approved Resource Management Plan
7	Cody Field Office Approved Resource Management Plan
8	HiLine District Office Approved Resource Management Plan
9	Miles City Field Office Approved Resource Management Plan
10	Pompeys Pillar National Monument Approved Resource Management Plan
11	South Dakota Approved Resource Management Plan
12	Worland Field Office Approved Resource Management Plan

# CHAPTER 1
# INTRODUCTION

This Record of Decision (ROD) approves the US Department of the Interior Bureau of Land Management's (BLM's) attached Resource Management Plan Amendments (RMPAs) for the Rocky Mountain Region Greater Sage-Grouse (GRSG) Sub-Regions of Lewistown, North Dakota, Northwest Colorado, and Wyoming and the Resource Management Plans (RMPs) for the Billings, Buffalo, Cody, HiLine, Miles City, Pompeys Pillar National Monument (PPNM), South Dakota, and Worland. The ROD and the attached Approved RMPAs (ARMPAs) and GRSG habitat management decisions in the attached Approved RMPs (ARMPs) provide a set of management decisions focused on specific GRSG conservation measures across the Rocky Mountain Region on BLM-administered lands. The ARMPs also provide overall resource management plan direction for managing all resources on BLM-administered land in their respective Planning Areas.

The BLM prepared the ARMPAs and ARMPs under the authority of the Federal Land Policy and Management Act (FLPMA; 43 United States Code [USC], Section 1701 et seq.), BLM planning regulations (43 Code of Federal Regulations [CFR] Part 1600), and other applicable laws. The BLM prepared environmental impact statements (EISs) in compliance with the National Environmental Policy Act, as amended (NEPA; 42 USC, Sections 4321-4347), and the Council on Environmental Quality's (CEQ) and the US Department of the Interior's regulations for implementing the procedural provisions of NEPA (40 CFR 1500.1 et seq., and 43 CFR 46.01 et seq., respectively).

Throughout the GRSG planning process, the US Department of Agriculture Forest Service (Forest Service) has been a cooperating agency on the Wyoming and Northwest Colorado ARPMAs. The Draft RMPs/EISs and Proposed RMPAs/Final EISs for the Rocky Mountain sub-regions included proposed GRSG management direction for National Forest System lands. The Forest Service has completed two separate RODs with associated Land and Resource Management Plan Amendments under its planning authority; these are available at http://www.fs.usda.gov/r4/.

This ROD, in conjunction with the ARMPAs approved through the Great Basin ROD, constitutes resource management planning decisions of the BLM to conserve the GRSG and its habitats throughout that portion of its remaining range administered by the BLM under the authority of FLPMA. The BLM, in coordination with the Forest Service on National Forest System lands within the remaining range of the

species, has a coordinated strategy for conserving the GRSG and the sagebrush-steppe ecosystem on most of the Federal lands on which the species depends. These decisions complement those implemented by Federal agencies through *An Integrated Rangeland Fire Management Strategy: Final Report to the Secretary of the Interior* (US Department of the Interior 2015) and the Sage-Grouse Initiative, as well as those implemented by state and local governments, private landowners, and other partners.

This ROD also approves the decisions in the non-GRSG habitat management decisions in the ARMPs for Billings, Buffalo, Cody (portion of the Bighorn Basin Planning Area), HiLine, Miles City, PPNM, South Dakota, and Worland (portion of the Bighorn Basin Planning Area); these are full-scale resource management plan revisions for managing all BLM-administered lands for all BLM program areas (not limited to GRSG habitat management) in BLM-administered Planning Areas.

## 1.1   ROCKY MOUNTAIN REGION PLANNING AREA

The Rocky Mountain Planning Area is composed of the following eleven sub-regional Planning Areas (see **Figure 1-1**, Rocky Mountain Region Greater Sage-Grouse Sub-Regions):

- Bighorn Basin (which includes the Cody and Worland Field Offices)
- Billings and the Pompeys Pillar National Monument
- Buffalo
- HiLine
- Lewistown
- Miles City
- North Dakota
- Northwest Colorado
- South Dakota
- Wyoming

Each sub-region prepared its own separate EIS and conducted its own planning, with input from local cooperators, stakeholders, and members of the public. The sub-regional boundaries were constructed to align with BLM administrative offices, state boundaries, and areas that shared common threats to GRSG and their habitat. The boundaries for these sub-regions largely coincide with zones III, IV, and V identified by the *Western Association of Fish and Wildlife Agencies (WAFWA) Greater Sage-Grouse Comprehensive Conservation Strategy* (Stiver et al. 2006) to delineate management zones (MZs) with similar ecological and biological issues.

The Rocky Mountain Region Planning Area boundaries are all lands regardless of jurisdiction (see **Figure 1-2**, Rocky Mountain Region Planning Area). **Tables 1-1a** and **1-1b** outline the number of surface acres that are administered by specific Federal agencies, States, local governments, and privately owned lands in the 11 sub-regional Planning Areas that make up the Rocky Mountain Region; 10 of these Planning Areas are addressed in this ROD. The ROD approving the Lander RMP was signed in June 2014.

and what implementation-level activities can be used to reverse any trend. These adjustments will be made to preclude tripping a hard trigger, which signals more severe habitat loss or population declines.

Hard triggers represent a threshold indicating that immediate action is necessary to stop a severe deviation from GRSG conservation objectives set forth in the BLM ARMPs and ARMPAs. In the event that a hard trigger is tripped, the BLM would implement plan-level decisions, such as allocation changes, to immediately institute greater protection for GRSG and its habitat. If a hard trigger were tripped in a PAC that crosses state boundaries, the WAFWA MZ GRSG Conservation Team would convene to discuss causes and identify potential responses.

In the event that new scientific information becomes available, demonstrating that the hard trigger response is insufficient to stop a severe deviation from GRSG conservation objectives set forth in the ARMPs and ARMPAs, the BLM would immediately assess what further actions may be needed to protect GRSG and its habitat and ensure that conservation options are not foreclosed. This could include a formal directive, such as an instruction memorandum (IM) or a plan amendment.

## 1.7   UNIQUE ASPECTS OF THE ROCKY MOUNTAIN REGION'S ARMPS AND ARMPAS

The ARMPs and ARMPAs and their associated EISs were developed through separate planning efforts across the Rocky Mountain Region (as described in **Section 1.1**). To develop these plans, the BLM used a landscape-scale approach to achieve a common set of management objectives across the range of GRSG, recognizing, in particular, measures to limit human disturbance in important habitats. Within this framework, management actions were developed and incorporated into the plans that are tailored to achieve these objectives and accommodate differences in resource conditions, severity of threats, and state-specific management approaches.

This flexible landscape approach provided the opportunity to incorporate recommendations resulting from collaboration with the states and local cooperators as well as public comments in each Planning Area. The plans and their future implementation are strengthened by the contributions of local partners and their knowledge, expertise, and experience.

Measures incorporated into the plans remain consistent with the range-wide objective of conserving, enhancing, and restoring GRSG habitat. This would be done by reducing, eliminating, or minimizing threats to GRSG habitat, such that the need for additional protections under the ESA may be avoided.

Below is a brief description of the unique aspects of each of the Rocky Mountain Region's ARMPs and ARMPAs.

*Wyoming*

This ROD approves three RMPs—Buffalo, Cody and Worland—and an amendment to six RMPs (Wyoming RMPA). All of the Wyoming plans are built on the foundation for GRSG management established by and complementary to the Governor's Executive Order 2011-05, Greater Sage-Grouse Core Area Protection (Core Area Strategy; Wyoming Office of the Governor 2011) and updated Executive Order (2015-4), by establishing similar conservation measures and focusing restoration in the same key areas most valuable to GRSG.

Recognizing that the FWS has found "the core area strategy…if implemented by all landowners via regulatory mechanisms, would provide adequate protection for sage-grouse and their habitats in the

state, (personal correspondence from Scott Hicks to Ryan Lance on November 10, 2010)" the BLM plans commit to achieving a net conservation gain for GRSG in PHMAs only, consistent with the Core Area Strategy. This ensures that any impacts not addressed through avoidance and minimization would be addressed through compensation. Fluid minerals in PHMAs are limited to NSO within a 0.6-mile radius around occupied leks in PHMAs and 0.25-mile radius around occupied leks in GHMAs. There are TLs in core areas, as well as density and disturbance caps, consistent with the Wyoming Core Area Strategy approach. Additionally, consistent with the Core Area Strategy, the Wyoming BLM plans implement a 5 percent all-lands/all-disturbances cap and more inclusive formula for calculating disturbance (this DDCT calculation is further explained in Appendix D of the attached Wyoming ARMPA and Buffalo, Cody, and Worland ARMPs).

The BLM's Wyoming plans also allow for high-voltage transmission lines and major ROWs and wind energy, and leasable mineral and mineral material development in GHMAs with RDFs and best management practices (BMPs). The Wyoming ARMPs and ARMPA also establish screening criteria and conditions for new anthropogenic activities in PHMAs to ensure a net conservation gain for GRSG populations and habitat, consistent with the State of Wyoming Core Area Protection strategy.

SFAs were identified only in the Wyoming ARMPA and not in the other Wyoming Planning Areas. Additional conservation measures for these areas include recommending withdrawing a portion of the area from the General Mining Act of 1872 and prioritizing habitat management actions. The State of Wyoming has permitting authority for locatable mining operations and has committed to use its authority to ensure operations proceed in accordance with the Core Area Strategy. The State has a successful record of using this authority in the past. In addition, nearly 50 percent of the SFAs in the Wyoming Sage-Grouse Amendment Planning Areas had already been withdrawn from locatable mineral entry. For these reasons, after coordinating with the FWS, the BLM found that a recommendation for withdrawing all SFAs was not necessary to address the threat of locatable mineral development. Instead the area recommended for withdrawal has identified potential for development and provides connectivity between the recommended withdrawal in the Lander Planning Area and existing withdrawals.

The BLM Wyoming ARMPs and ARMPAs include changes between proposed and final in this ROD to be consistent with the updated Wyoming Executive Order (July 2015).

*Northwest Colorado*

This ROD approves one RMPA in Northwest Colorado. The ARMPA adopts key elements of the State of Colorado Greater Sage-Grouse Conservation Plan (Colorado Greater Sage-Grouse Steering Committee 2008). It is complementary to the Governor's Executive Order (Colorado Office of the Governor 2015) by establishing conservation measures and focusing restoration in the same key areas identified by the BLM as most valuable to the GRSG. The ARMPA includes additional stipulations for fluid mineral development resulting from public comments and discussions with cooperating agencies and state partners. Notably, in both PHMAs and GHMAs, there would be no new fluid mineral leasing for 1 mile around active leks and NSO stipulations for 2 miles around active leks in GHMAs. The remainder of PHMAs would also have an NSO stipulation. No SFAs were identified in Colorado, so there are no management actions for SFAs in the Northwest Colorado ARMPA.

In addition to PHMAs and GHMAs, the Northwest Colorado ARMPA includes a third habitat management area, LCHMAs. Colorado Parks and Wildlife delineates LCHMAs as areas between GRSG populations across the GRSG range in Colorado. The assumption is that habitat linkages will allow for movement between populations and will decrease the probability of species extinction by stabilizing population dynamics. These linkages should be considered only as potential areas for movements between populations.

*Montana*

This ROD approves four RMPs—HiLine, Miles City, Pompeys Pillar National Monument, and Billings—and one RMPA (Lewistown), all of which are in Montana. The Dillon RMP is amended through the [Idaho and Southwestern Montana ARMPA](), which is approved through the ROD for the Great Basin Region.

The Montana BLM plans are largely consistent with the objectives of the Montana Sage Grouse Habitat Conservation Program (Montana Office of the Governor Executive Order No. 10-2014) by establishing conservation measures and strategies to minimize disturbance and habitat loss, particularly as a result of surface disturbance from energy exploration and development. The BLM plan will permit the disturbance limit to go from a 3 percent to a 5 percent cap, consistent with the Montana Plan, when their disturbance calculation method is implemented and effective. Additionally, if the State of Montana is implementing an effective GRSG habitat conservation program, the BLM would review their management actions to determine if additional GRSG-related management actions should be adjusted with coordination from the State of Montana and the FWS, to achieve consistent and effective conservation across all lands, regardless of ownership.

Within Montana, SFAs occur only in the HiLine ARMP and Lewistown ARMPA, and thus the management actions for SFAs appear in these plans only. In addition to PHMAs and GHMAs, the Billings and Miles City ARMPs include a third habitat management area category, RHMAs. It is designated to maintain GRSG populations, while providing for future resource uses, so that enough quality habitat is maintained to allow some residual population in impacted areas to persist. It emphasizes the restoration of habitat for reestablishing or restoring sustainable populations.

Also, oil and gas leasing is currently deferred in the Lewistown Field Office, so there are no oil and gas management actions in the Lewistown ARMPA for new leasing. Future fluid mineral management actions are being addressed in an ongoing Lewistown RMP revision, which will incorporate GRSG conservation measures.

*North Dakota*

This ROD includes an amendment to the RMP for North Dakota. With little undeveloped habitat and a small population of GRSG in the Planning Area, the North Dakota amendment does not include an adaptive management strategy. Instead, the BLM commits to regular reviews of the populations and habitats and appropriate responses to be developed with the FWS and North Dakota Game and Fish Department. There are no SFAs in North Dakota.

*South Dakota*

This ROD includes GRSG decisions in the South Dakota RMP revision. Similar to North Dakota, there is little BLM-managed GRSG habitat and a small population of GRSG in the Planning Area. However, the

# CHAPTER 9
# APPROVAL

**Land Use Plan Decisions**

It is the decision of the Bureau of Land Management (BLM) to approve the Rocky Mountain Region Resource Management Plan (RMP) Amendments for the Lewistown, North Dakota, Northwest Colorado, and Wyoming Sub-regions; and the RMPs for Billings, Buffalo, Cody, HiLine, Miles City, Pompeys Pillar National Monument, South Dakota, and Worland, as described in this Record of Decision. The Proposed RMPs and Proposed RMP Amendments and related Final Environmental Impact Statements were published on May 29, 2015, in the *Federal Register* (80 FR 30711). I have resolved all protests and, in accordance with BLM regulations 43 CFR 1610.5-2, my decision on the protests is the final decision of the Department of the Interior. The approval is effective on the date this Record of Decision is signed.

Approved by:

_____    Date _Sept. 21, 2015_
Neil Kornze
Director
Bureau of Land Management

**Approval**

I hereby approve the land use plan decisions. My approval of the land use plan decisions constitutes the final decision of the Department of the Interior and, in accordance with regulations at 43 CFR 1610.5-2(b) and 43 CFR 4.410(a)(3), is not subject to appeal under Departmental regulations at 43 CFR Part 4. Any challenge to these land use plan decisions must be brought in Federal district court.

Approved by:

_____    Date _9-21-15_
Janice M. Schneider
Assistant Secretary
Land and Minerals Management