Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Elliott Adler, WY Bar No. 7-6434 (*Pro Hac Vice Pending*)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov
elliott.adler@wyo.gov

*Attorneys for the State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**INTERVENOR-DEFENDANT STATE OF WYOMING'S JOINDER IN FEDERAL DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO SEVER AND TRANSFER** |

Defendant-Intervenor, State of Wyoming, through undersigned counsel, hereby joins, Federal Defendant's Motion to Partially Dismiss for Improper Venue or, Alternatively, to Sever Claims and Transfer Venue. (ECF No. 18).

Pursuant to L.R. 7.1(d) and to avoid repetition, Wyoming joins, incorporates, and adopts the well-founded arguments presented in the Federal Defendant's Memorandum in Support of its Motion to Partially Dismiss for Improper Venue or, Alternatively, to Sever Claims and Transfer Venue. (ECF No. 19).

Because the 2019 Miles City, Montana Resource Management Plan Amendment (RMPA) was set aside, the District of Montana has no further interest in adjudicating the claims relating to the Buffalo, Wyoming RMPA.

WHEREFORE, the State of Wyoming joins in requesting that this Court grant Federal Defendant's Motion to Partially Dismiss for Improper Venue or, Alternatively, to Sever Claims and Transfer Venue.

DATED this 24rd day of November, 2020.

FOR DEFENDANT-INTERVENOR
STATE OF WYOMING

*/s/ Travis Jordan*
Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2020, a true copy of the foregoing was served on all counsel via the Court's CM/ECF system.

                                          */s/ Travis Jordan*
                                          Travis Jordan
                                          Assistant Attorney General