MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant, and<br><br>STATE OF WYOMING,<br><br>Intervenor Defendant. | Case No. 4:20-cv-00076-BMM-JTJ<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Defendant Bureau of Land Management moves, unopposed, for a two-week extension of the deadline to answer or, in the alternative, move under Rule 12(b) in response to Plaintiff's First Amended Complaint (doc. no. 21). "When an act may or must be done within a specified time, the court may, for good cause, extend the time, with or without motion . . . if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(a). Good cause exists here.

Plaintiffs amended their complaint as a matter of course on December 14, 2020. *See* Fed. R. Civ. P. 15(a)(1)(B). Defendant's and Intervenor Defendant's responses to the amended complaint are therefore due on December 28, 2020. *Id.* Rule 15(a)(3). A two-week extension of that deadline would accommodate holiday schedules during the week of December 21-25, as well as serve judicial economy and conserve the parties' resources.

Specifically, Plaintiffs' First Amended Complaint includes a new claim challenging the 2019 Miles City and Buffalo RMPAs under the Federal Vacancies Reform Act (FVRA). This Court recently set aside the 2019 Miles City RMPA under the FVRA in *Bullock v. U.S. Bureau of Land Mgmt.*, No. 4:20-cv-62-BMM, 2020 WL 6204334, at *2 (D. Mont. Oct. 16, 2020). The deadline for any notice of appeal the final judgment issued in that case is December 28, 2020. An extension of the deadline to respond to Plaintiffs' new FVRA claim in this case will allow the parties to account for any such decision in *Bullock*.

Counsel for Defendant has conferred with counsel for Plaintiffs and Intervenor Defendant. No party opposes this motion. A proposed order is attached.

DATED: December 16, 2020

Respectfully submitted,

PAUL E. SALAMANCA,
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office

        2601 Second Avenue North, Suite 3200
        Billings, MT 59101
        Phone: (406) 247-4667
        Fax: (406) 657-6058
        mark.smith3@usdoj.gov

        *Counsel for Federal Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on December 16, 2020, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ *Arwyn Carroll*
ARWYN CARROLL
U.S. Department of Justice