# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |  |
|---|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | ) ) | |
| U.S. BUREAU OF LAND MANAGEMENT, | ) ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| Defendant, | ) ) | |
| and | ) ) | |
| STATE OF WYOMING, | ) ) | |
| Intervenor Defendant | ) ) | |

Defendant United States Bureau of Land Management has filed an unopposed motion for a two-week extension of the deadline for responses to Plaintiffs' First Amended Complaint.  For good cause shown therein, Defendant's motion is GRANTED.  Defendant's and Intervener Defendant's responses to Plaintiffs' First Amended Complaint shall be filed on or before January 11, 2021.

SO ORDERED.


DATE:                                    _____

                                         Brian M. Morris
                                         United States District Judge