**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor Defendant | Case No. 4:20-cv-00076-BMM <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Defendant United States Bureau of Land Management has filed an unopposed motion for a two-week extension of the deadline for responses to Plaintiffs' First Amended Complaint. For good cause shown therein, Defendant's

motion is GRANTED.  Defendant's and Intervener Defendant's responses to Plaintiffs' First Amended Complaint shall be filed on or before January 11, 2021.

DATED this 16th day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court