EXHIBIT 4



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT



NOV 2 2 2019

In Reply Refer To:
PP-WY-BFORMPA-19-02
1617.2 (210) P

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Chase Huntley
Energy & Climate Program Director
The Wilderness Society
1615 M Street NW
Washington, D.C. 20030

Dear Commenter:

The Bureau of Land Management (BLM) has carefully reviewed and considered your protest letter dated November 3, 2019, regarding the Buffalo City Field Office Final Supplemental Environmental Impact Statement and Proposed Resource Management Plan Amendment (FEIS/PRMPA). As the BLM Acting Assistant Director for Resources and Planning, I, June E. Shoemaker, am the delegated authority to review and resolve all protests related to BLM land use planning on behalf of the BLM Director. The purpose of this letter is to inform you of the results of this review.

As outlined in the BLM's *Federal Register* notice for the Buffalo City Field Office FEIS/PRMPA dated October 4, 2019, the planning regulations at 43 CFR 1610.5-2 describe the requirements for filing a valid protest. We find that you meet the requirements established under 43 CFR 1610.5-2, in part, and therefore portions of your protest letter are considered valid protest issues. We have determined that your protest letter also included comments, opinions, or observations which were not substantiated with a concise statement of why the proposed decision is believed to be wrong; issues not previously raised in the planning process; and/or issues not germane to the planning process. As such, your protest is also dismissed in part. Your valid protest issue(s) are addressed in the BLM Director's Protest Resolution Report.

After careful review of your protest, and for reasons more fully set forth in the BLM Director's Protest Resolution Report, we conclude that the BLM has followed the applicable laws, regulations, and policies and considered all relevant resource information and public input in developing the Buffalo City Field Office FEIS/PRMPA. There is no basis for changing the plan as a result of your protest. Therefore, the valid protest issues identified are denied. All valid protest issues received on this plan have been addressed in the BLM Director's Protest Resolution Report, which is posted for public review at:
https://www.blm.gov/programs/planning-and-nepa/public-participation/protest-resolution-reports.

This completes the agency's review of your protest letter. This is the final agency decision for the Department of the Interior on the concerns raised in your letter (43 CFR 1610.5-2(b); 36 CFR 219.57(b)(3)).

Thank you for your interest in your public lands.  We appreciate your letter and encourage you to stay involved as the Buffalo City Field Office Final Environmental Impact Statement and Proposed Resource Management Plan Amendment is implemented.  If you have any questions or would like to request a copy of the BLM Director's Protest Resolution Report, please contact Mr. Thomas Bills, 1425 Fort Street, Buffalo, Wyoming 82834, 307-684-1133.

Sincerely,

June E. Shoemaker
Acting Assistant Director
Resources and Planning



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT



In Reply Refer To:
PP-WY-BFORMPA-19-04
1617.2 (210) P

NOV 2 2 2019

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Laura King
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601

Dear Commenter:

The Bureau of Land Management (BLM) has carefully reviewed and considered your protest letter dated November 4, 2019, regarding the Buffalo City Field Office Final Supplemental Environmental Impact Statement and Proposed Resource Management Plan Amendment (FEIS/PRMPA). As the BLM Acting Assistant Director for Resources and Planning, I, June E. Shoemaker, am the delegated authority to review and resolve all protests related to BLM land use planning on behalf of the BLM Director. The purpose of this letter is to inform you of the results of this review.

As outlined in the BLM's *Federal Register* notice for the Buffalo City Field Office FEIS/PRMPA dated October 4, 2019, the planning regulations at 43 CFR 1610.5-2 describe the requirements for filing a valid protest. We find that you meet the requirements established under 43 CFR 1610.5-2, in part, and therefore portions of your protest letter are considered valid protest issues. We have determined that your protest letter also included comments, opinions, or observations which were not substantiated with a concise statement of why the proposed decision is believed to be wrong; issues not previously raised in the planning process; and/or issues not germane to the planning process. As such, your protest is also dismissed in part. Your valid protest issue(s) are addressed in the BLM Director's Protest Resolution Report.

After careful review of your protest, and for reasons more fully set forth in the BLM Director's Protest Resolution Report, we conclude that the BLM has followed the applicable laws, regulations, and policies and considered all relevant resource information and public input in developing the Buffalo City Field Office FEIS/PRMPA. There is no basis for changing the plan as a result of your protest. Therefore, the valid protest issues identified are denied. All valid protest issues received on this plan have been addressed in the BLM Director's Protest Resolution Report, which is posted for public review at:
https://www.blm.gov/programs/planning-and-nepa/public-participation/protest-resolution-reports.

This completes the agency's review of your protest letter. This is the final agency decision for the Department of the Interior on the concerns raised in your letter (43 CFR 1610.5-2(b); 36 CFR 219.57(b)(3)).

Thank you for your interest in your public lands.  We appreciate your letter and encourage you to stay involved as the Buffalo City Field Office Final Environmental Impact Statement and Proposed Resource Management Plan Amendment is implemented.  If you have any questions or would like to request a copy of the BLM Director's Protest Resolution Report, please contact Mr. Thomas Bills, 1425 Fort Street, Buffalo, Wyoming 82834, 307-684-1133.

Sincerely,

June E. Shoemaker
Acting Assistant Director
Resources and Planning



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT



In Reply Refer To:
PP-WY-BFORMPA-19-01
1617.2 (210) P

NOV 2 2 2019

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Teanna Limpy
Northern Cheyenne Tribal Historic Preservation Office
PO Box 128
Lame Deer, MT 59043

Dear Commenter:

The Bureau of Land Management (BLM) has carefully reviewed and considered your protest dated October 30, 2019, regarding the Buffalo City Field Office Final Environmental Impact Statement and Proposed Resource Management Plan Amendment (FEIS/PRMPA). As the BLM Acting Assistant Director for Resources and Planning, I, June E. Shoemaker, am the delegated authority to review and resolve all protests related to BLM land use planning on behalf of the BLM Director. The purpose of this letter is to inform you of the results of this review.

As outlined in the BLM's *Federal Register* notice for the Buffalo City Field Office FEIS/PRMPA dated October 4, 2019, the planning regulations at 43 CFR 1610.5-2 describe the requirements for filing a valid protest. We find that you do not meet these requirements because your letter only included comments, opinions, or observations which were not substantiated with a concise statement of why the proposed decision is believed to be wrong; issues not previously raised in the planning process; and/or issues not germane to the planning process. Therefore, your protest is dismissed. All valid protest issues received on this plan have been addressed in the BLM Director's Protest Resolution Report, which is posted for public review at: https://www.blm.gov/programs/planning-and-nepa/public-participation/protest-resolution-reports.

This completes the agency's review of your protest letter. This is the final agency decision for the Department of the Interior on the concerns raised in your letter (43 CFR 1610.5-2(b); 36 CFR 219.57(b)(3)).

Thank you for your interest in your public lands. We appreciate your letter and encourage you to stay involved as the Buffalo City Field Office Final Environmental Impact Statement and Proposed Resource Management Plan Amendment is implemented. If you have any questions or would like to request a copy of the BLM Director's Protest Resolution Report, please contact Mr. Thomas Bills, 1425 Fort Street, Buffalo, Wyoming 82834, 307-684-1133.

Sincerely,

June E. Shoemaker
Acting Assistant Director
Resources and Planning