Travis Jordan, MT Bar No. 53199056
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorney for Intervenor-Defendant State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Case No. 4:20-cv-76-BMM-JTJ <br><br> **NOTICE OF CHANGE OF ADDRESS** |

      Travis Jordan, counsel for Intervenor-Defendant State of Wyoming, hereby provides notice to the Court and all counsel of record that, effective immediately, Mr. Jordan's address information has changed.

      Please send all further notices and copies of pleadings, papers and other materials relevant to this matter to the following address listed below:

1

Travis Jordan
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Telephone: 307-777-3539
Facsimile: 307-777-3542
travis.jordan@wyo.gov

Respectfully submitted this 5th day of February 2021.

/s/ Travis Jordan
Travis Jordan
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Telephone: 307-777-3539
Facsimile: 307-777-3542
travis.jordan@wyo.gov

*Attorney for Intervenor-Defendant*
*State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Travis Jordan