Melissa Hornbein (MT Bar No. 9694)
Shiloh Hernandez (MT Bar No. 9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 708-3058
hornbein@westernlaw.org
hernandez@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

Arwyn Carroll (MA Bar 675926)
Luther L. Hajek (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Federal Defendant*

Travis S. Jordan
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895
Email: travis.jordan@wyo.gov

*Attorney for Intervenor Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant, and | Case No. 4:20-cv-76-BMM-JTJ<br><br>**UNOPPOSED JOINT MOTION TO APPEAR VIA VIDEO CONFERENCE OR TELEPHONICALLY** |

STATE OF WYOMING,

      Intervenor Defendant.

The parties jointly move this court for leave to allow counsel for all parties to appear via video conference, or, in the alternative, telephonically, for the motions hearing scheduled for February 18, 2021 at 10am. In light of COVID-19 and the current rates of infection in Montana, Colorado, Wyoming, and the Washington, D.C. area, where counsel for the parties are variously located, as well as nationwide, the parties wish to minimize travel and thereby minimize the risk of transmission to themselves or others. The parties therefore respectfully request that this Court enter an order allowing counsel for all parties to appear via video conference or telephonically for the hearing scheduled for February 18, 2021.

    /s/ *Melissa Hornbein*
    Melissa Hornbein (MT Bar # 9694)
    Western Environmental Law Center
    103 Reeder's Alley
    Helena, Montana 59601
    (406) 708-3058
    hornbein@westernlaw.org

    Shiloh Hernandez (MT Bar # 9970)
    Western Environmental Law Center
    103 Reeder's Alley
    Helena, Montana 59601
    (406) 204-4861
    hernandez@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

JEAN E. WILLIAMS
Deputy Assistant Attorney General

/s/ *Arwyn Carroll*
ARWYN CARROLL (MA Bar # 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0465
Fax:  (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058

3

mark.smith3@usdoj.gov

*Attorneys for Federal Defendant*

*/s/ Travis Jordan*
Travis Jordan (MT Bar # 53199056)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorney for Intervenor Defendant State of Wyoming*