IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant, and<br><br>STATE OF WYOMING,<br><br>Intervenor Defendant. | Case No. 4:20-cv-76-BMM-JTJ<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO APPEAR VIA VIDEO CONFERENCE OR TELEPHONICALLY** |

Based on the Parties' Joint Motion to Appear Via Video Conference or Telephonically, and for good cause shown, the Court hereby ORDERS that counsel for all parties shall appear via video conference or telephonically for the motions hearing scheduled for February 18, 2021.

DATED this 8th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court