# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 4:20-cv-00076-BMM-JTJ |
| v. | )<br>)<br>) |
| U.S. BUREAU OF LAND MANAGEMENT, | ) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANT'S UNOPPOSED**<br>) **MOTION FOR EXTENSION OF**<br>) **TIME TO RESPOND TO THE** |
| Defendant, | ) **FIRST AMENDED COMPLAINT** |
| and | )<br>) |
| STATE OF WYOMING, | )<br>) |
| Intervenor Defendant | )<br>) |

Defendant United States Bureau of Land Management has filed an unopposed motion to extend the deadline for pleadings responsive to Plaintiffs' First Amended Complaint. For good cause shown therein, Defendant's motion is GRANTED. Defendant's and Defendant Intervenor's deadline to respond to Plaintiffs' First Amended Complaint is extended until Plaintiffs' anticipated motion to amend the complaint is resolved.

SO ORDERED.

DATE: _____

Brian M. Morris
United States District Judge