UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor Defendant | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE FIRST AMENDED COMPLAINT** |

Defendant United States Bureau of Land Management has filed an unopposed motion to extend the deadline for pleadings responsive to Plaintiffs' First Amended Complaint. For good cause shown therein, Defendant's motion is GRANTED. Defendant's and Defendant Intervenor's deadline to respond to Plaintiffs' First Amended Complaint is extended until Plaintiffs' anticipated motion to amend the complaint is resolved.

DATED this 4th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court