Shiloh S. Hernandez (MT Bar No. 9970)
Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley, Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org

*Counsel for Plaintiffs (additional counsel on page 2)*

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044-7611
Ph: (202) 305-0465; Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

*Attorneys for Federal Defendant (additional counsel on page 2)*

Travis Jordan (MT Bar 53199056)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue, Cheyenne, WY 82002
Ph: (307) 777-7895; Fax: (307) 777-3542
travis.jordan@wyo.gov

*Attorney for the State of Wyoming*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | ) ) ) | **STIPULATION AND JOINT PROPOSED CASE MANAGEMENT PLAN** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) ) ) | |
| Defendant, and | ) ) | |
| STATE OF WYOMING, | ) ) | |
| Intervenor Defendant. | ) ) ) | |

Nathaniel Shoaff, *admitted pro hac vice* (CA Bar No. 256641)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
Ph: (415) 977-5610
nathaniel.shoaff@sierraclub.org

*Counsel for Sierra Club*

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

2

The Parties by and through counsel submit the following Stipulation and Joint Proposed Case Management Plan, in support of which the Parties state as follows:

1.     The Parties agree that this case is a civil action for declaratory and injunctive relief against Federal Defendant pursuant to the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4321–4370h, the Administrative Procedure Act (APA), 5 U.S.C. §§ 701–706, the Federal Vacancies Reform Act (FVRA), 5 U.S.C. §§ 3345–3348, and the Appointments Clause of the United States Constitution, U.S. Const. Art. II, § 2, cl. 2.

2.     The Parties agree that this case will be resolved following the lodging of the administrative record, through briefing on the merits (i.e., cross motions for summary judgment), and without a trial.

3.     Because this matter will be resolved following the lodging of the administrative record and the filing of cross-motions for summary judgment, Federal Defendant and Intervenor-Defendant Wyoming respectfully request that they not be required to file an Answer.  Plaintiffs do not object to this request.  If, however, an Answer is required, the Parties request that Answers be due 28 days following the Court's entry of an Order setting forth the case management plan in this matter.

3

4.      The Parties agree that, pursuant to Local Rule 16.2(a), and Federal Rule of

Civil Procedure 26(a)(1)(B)(i), actions for review on an administrative record are

exempt from preliminary pretrial conferences and related procedures, including

preparation of preliminary pretrial statements and discovery plans, unless

otherwise ordered by this Court.

WHEREFORE, the Parties respectfully request that this Court issue an

Order approving the following litigation schedule for resolution of this case:

A.      Federal Defendant will serve an administrative record on Plaintiffs' counsel

and Intervenor Defendant's counsel on or before June 11, 2021. The administrative

record will be submitted to the parties in electronic format in an indexed and

searchable format to the extent feasible.

B.      After Federal Defendant serves the administrative record on Plaintiffs'

counsel and Intervenor Defendant's counsel, the Parties will endeavor to resolve

any outstanding issues or disputes regarding the content of the administrative

record. Plaintiffs and Intervenor Defendant agree to confer with Federal Defendant

regarding any record disputes on or before August 6, 2021.

C.      The Parties shall file any motions other than motions related to the

administrative record or for summary judgment on or before August 6, 2021.  This

includes any motions to amend the pleadings.

D.      Federal Defendant will certify and lodge an administrative record with the Court and serve that administrative record on Plaintiffs' counsel and Intervenor Defendant's counsel on or before August 27, 2021.

E.      Plaintiffs will have until September 3, 2021 to file any motions objecting to the content of the administrative record or seeking to supplement the record. Federal Defendant reserves the right to oppose any such motions. Such motions, if filed, will cancel the Parties' briefing schedule proposed below. The Parties agree to file a revised briefing schedule within 21 days of the Court's Order resolving any such motions.

F.      If no motions related to the administrative record are filed, Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by October 1, 2021.

G.      Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by November 12, 2021.

H.      Intervenor Defendant will file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by November 19, 2021.

I.      Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by December 17, 2021.

J.      Federal Defendant will file its reply in support of summary judgment by

January 14, 2021.

K.      Intervenor Defendant will file its reply in support of summary judgment by

January 21, 2021.

DATED: April 13, 2021                  Respectfully submitted,

                                       JEAN E. WILLIAMS,
                                       Deputy Assistant Attorney General
                                       Environment & Natural Resources Division

                                       */s/ Arwyn Carroll*
                                       ARWYN CARROLL (MA Bar 675926)
                                       Trial Attorney, Natural Resources Section
                                       United States Department of Justice
                                       Environment and Natural Resources Div.
                                       P.O. Box 7611
                                       Washington, D.C. 20044-7611
                                       Phone:  (202) 305-0465
                                       Fax:  (202) 305-0506
                                       arwyn.carroll@usdoj.gov

                                       LUTHER L. HAJEK (CO Bar 44303)
                                       Trial Attorney, Natural Resources Section
                                       United States Department of Justice
                                       Environment and Natural Resources Div.
                                       999 18th St., South Terrace, Suite 370
                                       Denver, CO 80202
                                       Phone: (303) 844-1376
                                       Fax: (303) 844-1350
                                       luke.hajek@usdoj.gov

                                       MARK STEGER SMITH
                                       Assistant U.S. Attorney
                                       U.S. Attorney's Office
                                       2601 Second Avenue North, Suite 3200
                                       Billings, MT 59101

                                       6

Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

/s/ *Shiloh S. Hernandez*
Shiloh S. Hernandez (MT Bar No. 9970)
Melissa Hornbein (MT Bar No. 9694)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4861
hornbein@westernlaw.org
hernandez@westernlaw.org

*Counsel for Plaintiffs*

/s/ *Nathaniel Shoaff*
Nathaniel Shoaff, *admitted pro hac vice* (CA
Bar No. 256641)
Sierra Club
2101 Webster Street, Suite 1300  Oakland,
CA 94612
Ph: (415) 977-5610
nathaniel.shoaff@sierraclub.org

*Counsel for Sierra Club*

/s/ *Travis Jordan*
Travis Jordan (MT Bar 53199056)
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorney for the State of Wyoming*

7

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2021, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ *Arwyn Carroll*
ARWYN CARROLL
U.S. Department of Justice