# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | ) ) | **ORDER** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) ) ) | |
| Defendant, and | ) ) | |
| STATE OF WYOMING, | ) ) | |
| Intervenor Defendant. | ) ) | |

The Court has reviewed the parties' Stipulation and Joint Proposed Case Management Plan and hereby enters the following order:

A.     Federal Defendant and Intervenor Defendant Wyoming are not required to file Answers in this action.

B.     Federal Defendant will serve an administrative record on Plaintiffs' counsel and Intervenor Defendant's counsel on or before June 11, 2021. The administrative record will be submitted to the parties in electronic format in an indexed and searchable format to the extent feasible.

C.     After Federal Defendant serves the administrative record on Plaintiffs' counsel and Intervenor Defendant's counsel, the Parties will endeavor to resolve

any outstanding issues or disputes regarding the content of the administrative record. Plaintiffs and Intervenor Defendant agree to confer with Federal Defendant regarding any record disputes on or before August 6, 2021.

D.     The Parties shall file any motions other than motions related to the administrative record or for summary judgment on or before August 6, 2021.  This includes any motions to amend the pleadings.

E.     Federal Defendant will certify and lodge an administrative record with the Court and serve that administrative record on Plaintiffs' counsel and Intervenor Defendant's counsel on or before August 27, 2021.

F.     Plaintiffs will have until September 3, 2021 to file any motions objecting to the content of the administrative record or seeking to supplement the record. Federal Defendant reserves the right to oppose any such motions. Such motions, if filed, will cancel the Parties' briefing schedule proposed below. The Parties agree to file a revised briefing schedule within 21 days of the Court's Order resolving any such motions.

G.     If no motions related to the administrative record are filed, Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by October 1, 2021.

H.     Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by November 12, 2021.

I.      Intervenor Defendant will file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by November 19, 2021.

J.      Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by December 17, 2021.

K.      Federal Defendant will file its reply in support of summary judgment by January 14, 2022.

L.      Intervenor Defendant will file its reply in support of summary judgment by January 21, 2022.

DATED this 13th day of April, 2021.


_____
Brian Morris, Chief District Judge
United States District Court