Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: 406.586.9692 ext. 1929
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., | Case No. 4:20-cv-00076-BMM-JTJ |
| Plaintiffs, | |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |
| Defendant, | |
| and | |
| STATE OF WYOMING, | |
| Intervenor-Defendant. | |

Plaintiffs Western Organization of Resource Councils et al. (together, "WORC"), respectfully request a modest two-week extension[1] of the deadlines related to the administrative record and for filing dispositive motions. Counsel for WORC have contacted counsel for Federal Defendants and Intervenor-Defendant State of Wyoming, who do not oppose this motion. Pursuant to Local Rule 7.1(c)(3), a proposed order is attached as Exhibit 1.

This extension of time is required in light of scheduling conflicts that have arisen among cases that undersigned counsel are litigating in multiple fora, including before the Montana Public Service Commission and the Montana Board of Environmental Review. Accordingly, WORC respectfully requests that this Court extend the deadlines related to the administrative record and for dispositive motions originally set forth in this Court's Order issued April 4, 2021 (Doc. 39). Specifically, WORC requests an order resetting these deadlines as follows:

A.    The Parties shall file any motions other than motions related to the administrative record or for summary judgment on or before **August 20, 2021**. This includes any motions to amend the pleadings.

B.    Federal Defendants will certify and lodge an administrative record with the Court and serve that administrative record on Plaintiffs' counsel and Intervenor

---

[1] Briefing deadlines beginning with Federal Defendants' combined response to Plaintiffs' motion and cross-motion for summary judgment are moved back three weeks to accommodate federal holidays.

2

Defendant's counsel on or before **September 10, 2021**.

C.      Plaintiffs will have until **September 17, 2021** to file any motions objecting to the content of the administrative record or seeking to supplement the record. Federal Defendant reserves the right to oppose any such motions. Such motions, if filed, will cancel the Parties' briefing schedule proposed below. The Parties agree to file a revised briefing schedule within 21 days of the Court's Order resolving any such motions.

D.      If no motions related to the administrative record are filed, Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by **October 15, 2021**.

E.      Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by **December 3, 2021**.

F.      Intervenor Defendant will file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by **December 10, 2021**.

G.      Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by **January 7, 2022**.

H.      Federal Defendant will file its reply in support of summary judgment by **February 4, 2022**.

I.      Intervenor Defendant will file its reply in support of summary judgment by

**February 11, 2022**.

Respectfully submitted this 18th day of August, 2021.

/s/ *Melissa Hornbein*
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4852
hornbein@westernlaw.org

Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: 406.586.9692 ext. 1929
shernandez@earthjustice.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*admitted pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*