# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant,<br><br>and<br><br>STATE OF WYOMING,<br><br>Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM-JTJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs' Western Organization of Resource Councils et al., having moved without opposition for a two-week extension of the deadlines related to the administrative record and for filing dispositive motions and good cause appearing, it is HEREBY ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that the case schedule in this case (Doc. 39) is AMENDED as follows:

A.   The Parties shall file any motions other than motions related to the administrative record or for summary judgment on or before **August 20, 2021**. This includes any motions to amend the pleadings.

B. Federal Defendants will certify and lodge an administrative record with the Court and serve that administrative record on Plaintiffs' counsel and Intervenor Defendant's counsel on or before **September 10, 2021**.

C. Plaintiffs will have until **September 17, 2021** to file any motions objecting to the content of the administrative record or seeking to supplement the record. Federal Defendant reserves the right to oppose any such motions. Such motions, if filed, will cancel the Parties' briefing schedule proposed below. The Parties agree to file a revised briefing schedule within 21 days of the Court's Order resolving any such motions.

D. If no motions related to the administrative record are filed, Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by **October 15, 2021**.

E. Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by **December 3, 2021**.

F. Intervenor Defendant will file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by **December 10, 2021**.

G. Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by **January 7, 2022**.

H.       Federal Defendant will file its reply in support of summary judgment by **February 4, 2022**.

I.       Intervenor Defendant will file its reply in support of summary judgment by **February 11, 2022**.

DATED this ___ day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court