MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No. 4:20-cv-00076-BMM-JTJ |
| v. | ) ) **FEDERAL DEFENDANT'S** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) **NOTICE OF LODGING THE** ) **ADMINISTRATIVE RECORD** ) |
| Defendant, and | ) ) |
| STATE OF WYOMING, | ) ) |
| Intervenor Defendant. | ) ) |

The United States Bureau of Land Management (BLM) respectfully notify the Court that they lodged with the Court before September 10, 2021 two flash drives containing the administrative record for the above-captioned case. *See* September 8, 2021 Remark (acknowledging receipt).

One flash drive contains a full and complete copy of the BLM's Administrative Record for the Miles City Field Office, as set forth in the Declaration of Irma Nansel (Exhibit A) and the Table of Contents to that Administrative Record (Exhibit B). The other flash drive contains a full and complete copy of the BLM's Administrative Record for the Buffalo Field Office, as set forth in the Declaration of Thomas Bills (Exhibit C) and the Table of Contents to that Administrative Record (Exhibit D).

Two additional flash drives, each containing one complete copy of the respective Field Offices' administrative records, have been submitted to the Clerk as courtesy copies for chambers. Complete copies of the respective Field Offices' administrative records were served on counsel for Plaintiffs and the State of Wyoming on June 10, 2021.

DATED: September 10, 2021       Respectfully submitted,

TODD KIM,
Assistant Attorney General
Environment & Natural Resources Division

/s/ *Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*