# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **DECLARATION OF IRMA NANSEL** |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD FOR
MILES CITY RESOURCE MANAGEMENT PLAN**

I, Irma Nansel, in accordance with the requirements of 28 U.S.C § 1746 declare as follows:

1.  I am employed by the United States Department of the Interior, Bureau of Land Management, as a Planning and Environmental Coordinator for the BLM Miles City Field Office.  I have been employed in this position since June 1, 2014 under a temporary promotion and June 10, 2018 under a permanent appointment.  My responsibilities, as an employee of BLM, included being part of the 2015 Resource Management Plan (RMP) interdisciplinary team responsible for fluid minerals and being project lead for the court ordered RMP amendment and supplemental Environmental Impact Statement (EIS).  I provided leadership and

guidance to interdisciplinary team and management, reviewed documents, and

compiled the pertinent documents BLM considered in making the agency decision

challenged in CV-20-00076-BMM-JTJ.

2.  BLM is hereby submitting the Miles City Resource Management Plan (RMP)

    Administrative Record. BLM's Administrative Record is contained on one USB

    flash drive labeled "WORC v. BLM, Miles City RMP AR" in searchable format

    with a hyperlinked index that provides the following information for each

    document in the record: starting and ending bates number for each document,

    date, author, recipient(s) and description of the document.

3.  I hereby certify to the best of my knowledge the files included in the USB flash

    drive being provided to the Court and the parties are true, accurate, and complete

    copies of the documents and materials listed in the index for the administrative

    record.

4.  I further certify that the documents listed in the index and included in the USB

    flash drive being provided to the Court constitute a true, correct, and complete

    copy of the administrative record relevant to BLM's decision concerning the

    Miles City RMP challenged in this action.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.

Executed this  7  day of  September  2021, in Miles City, Montana.

Irma Nansel
Planning and Environmental
Coordinator
Miles City Field Office, BLM

2