Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: 406.586.9692 ext. 1929
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs Western Organization of Resource Councils et al. (together, "WORC"), respectfully request a two week extension of all remaining deadlines for motions and briefs in this matter. Counsel for WORC have contacted counsel for Federal Defendants and Intervenor-Defendant State of Wyoming, who do not oppose this motion. Pursuant to Local Rule 7.1(c)(3), a proposed order is attached.

Since this Court entered its scheduling order on August 26, 2021, counsel for plaintiffs have had multiple COVID-related school closures and/or home quarantine requirements for counsel's children, including one that is currently ongoing and will stretch into next week at a minimum. Accordingly, WORC respectfully requests that this Court extend each of the deadlines for dispositive motions and briefs set out in this Court's August 26, 2021 Order (Doc. 42) by two weeks. Specifically, WORC requests an order resetting these deadlines as follows:

A.  Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by **October 29, 2021.**

C.  Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by **December 17, 2021**.

D.  Intervenor Defendant will file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by **December 24, 2021.**

E.  Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by **January 21, 2022**.

F.  Federal Defendant will file its reply in support of summary judgment by **February 18, 2022**.

G.  Intervenor Defendant will file its reply in support of summary judgment by **February 25, 2022**.

Respectfully submitted this 8th day of October, 2021.

<u>/s/ Melissa Hornbein</u>
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4852
hornbein@westernlaw.org

Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: 406.586.9692 ext. 1929
shernandez@earthjustice.org

*Counsel for plaintiffs*

Nathaniel Shoaff (*admitted pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Counsel for Plaintiff Seirra Club*

3