# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs Western Organization of Resource Councils et al., having moved without opposition for a two-week extension of the deadlines for filing dispositive motions and good cause appearing, it is HEREBY

ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that the case schedule in this case (Doc. 42) is AMENDED as follows:

A.  Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by **October 29, 2021.**

B.	Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by **December 17, 2021**.

C.	Intervenor Defendant will file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by **December 24, 2021.**

D.	Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by **January 21, 2022**.

E.	Federal Defendant will file its reply in support of summary judgment by **February 18, 2022**.

F.	Intervenor Defendant will file its reply in support of summary judgment by **February 25, 2022**.

DATED this 12th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court