MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 4:20-cv-00076-BMM-JTJ |
| v. | )<br>) **FEDERAL DEFENDANT'S** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) **NOTICE OF ADMINISTRATIVE**<br>) **RECORD ERRATA** |
| Defendant, and | )<br>) |
| STATE OF WYOMING, | )<br>) |
| Intervenor Defendant. | )<br>) |

The United States Bureau of Land Management (BLM) respectfully submit this notice to correct an error in the administrative record for the decision of the Buffalo Field Office challenged in this action, which was lodged with the Court on September 8. *See* ECF No. 44. The protest resolution report for the challenged decision was inadvertently omitted from the administrative record. A Bates-numbered copy of this document is attached hereto as Exhibit 1, and a revised index of the administrative record is attached as Exhibit 2.

DATED: October 27, 2021

Respectfully submitted,

TODD KIM,
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0465
Fax:  (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376

Fax: (303) 844-1350
luke.hajek@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*