Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Western

Organization of Resource Councils, Montana Environmental Information Center,

Northern Plains Resource Council, Powder River Basin Resource Council, Center

for Biological Diversity, WildEarth Guardians, and Sierra Club (together,

"Conservation Groups") hereby move for summary judgement, requesting this

Court to rule that "there is no genuine dispute as to any material fact and the

movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

Conservation Groups respectfully request that this Court declare that, as a

matter of law, the Bureau of Land Management's approvals of the amended

Resource Management Plans and Final Supplemental Environmental Impact

Statements for the Buffalo Field Office and Miles City Field Office were arbitrary

and capricious. Conservation Groups request this Court issue such further relief as

set forth in the accompanying brief. L.R. 7.1(b)(1)(A).

Respectfully submitted October 29, 2021.

/s/ Shiloh Hernandez
Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
T: 406.586.9692 ext. 1929
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law
Center

2

103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*