MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | |
| Plaintiffs, | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | **FEDERAL DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendant, and | |
| STATE OF WYOMING, | |
| Intervenor Defendant. | |

Federal Defendant the United States Bureau of Land Management respectfully requests a three-week extension of its deadline for filing its combined response to the summary judgment motion filed by Plaintiffs Western Organization of Resource Councils *et al.* (together, "WORC") on October 29, 2021, ECF No. 49, and an adjustment of the remainder of the briefing schedule.

Counsel for Federal Defendants have contacted counsel for WORC, which does not oppose this motion, and for Intervenor-Defendant State of Wyoming, which takes no position on this motion. Pursuant to Local Rule 7.1(c)(3), a proposed order is attached as Exhibit 1.

This extension of time is required to afford undersigned counsel additional time to coordinate with the agency and complete Federal Defendants' response in light of conflicting deadlines in cases that said counsel is litigating in in multiple fora, including preliminary injunction proceedings, this month, as well as to accommodate existing annual leave. Counsel have negotiated a schedule to accommodate this requested time without impacting the hearing currently scheduled on that motion for March 14, 2022.

Accordingly, Federal Defendants respectfully request that this Court extend the deadlines for briefing on dispositive motions set forth in this Court's Order issued October 12, 2021, ECF No.46. Specifically, Federal Defendants request an order resetting these deadlines as follows:

    A.    Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by **January 7, 2022**.

    B.    Intervenor Defendant will also file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by **January 7, 2022**.

    C.    Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by **February 4, 2022**.

    D.    Federal Defendant will file its reply in support of summary judgment by **February 25, 2022**.

    E.    Intervenor Defendant will also file its reply in support of summary judgment by **February 25, 2022**.

Respectfully submitted this 17th day of December, 2021.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
Fax: 202-305-0506
arwyn.carroll@usdoj.gov

2

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

LEIF M. JOHNSON
Acting United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

3