UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 4:20-cv-00076-BMM-JTJ |
| v. | )<br>)<br>) **[PROPOSED] ORDER GRANTING** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) **FEDERAL DEFENDANT'S**<br>) **UNOPPOSED MOTION FOR**<br>) **EXTENSION OF TIME** |
| Defendant, | )<br>) |
| and | )<br>) |
| STATE OF WYOMING, | )<br>) |
| Intervenor Defendant | )<br>) |

Federal Defendant United States Bureau of Land Management has filed an unopposed motion for a three-week extension of the deadline for filing its combined response to the summary judgment motion filed by Plaintiffs Western Organization of Resource Councils *et al.* and cross-motion, and an adjustment of the remaining briefing schedule. For good cause shown therein, Defendant's motion is GRANTED.

It is FURTHER ORDERED that the case schedule in this case (ECF No. 46) is AMENDED as follows:

A. Federal Defendant will file its combined response to Plaintiffs' motion and cross-motion for summary judgment by **January 7, 2022**.

B. Intervenor Defendant will also file its combined responses to Plaintiffs' motion and cross-motion for summary judgment by **January 7, 2022**.

C. Plaintiffs will file their combined reply in support of summary judgment and response to Federal Defendant's and Intervenor Defendant's cross-motions for summary judgment by **February 4, 2022**.

D. Federal Defendant will file its reply in support of summary judgment by **February 25, 2022**.

E. Intervenor Defendant will also file its reply in support of summary judgment by **February 25, 2022**.

DATED this ___ day of December, 2021.

_____
Brian M. Morris, Chief District Judge
United States District Court