MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | |
| Plaintiffs, | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | **FEDERAL DEFENDANT'S NOTICE OF ADMINISTRATIVE RECORD ERRATA** |
| U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendant, and | |
| STATE OF WYOMING, | |
| Intervenor Defendant. | |

The United States Bureau of Land Management (BLM) respectfully submits this notice to correct an error in the administrative record for the decision of the Miles City Field Office (MCFO) challenged in this action, which was lodged with the Court on September 8. *See* ECF No. 44. An incorrect version of the January 4, 2021 Record of Decision (ROD), which omitted Part II of the ROD, was included in the MCFO administrative record at BLM-MCFO-0046142–58, and the index entry for that document incorrectly indicated that it issued on January 4, 2020 instead of January 4, 2021.

A Bates-numbered copy of the correct version of this document is attached hereto as Exhibit 1, and an amended index of the administrative record is attached as Exhibit 2.

DATED: January 7, 2022
Respectfully submitted,

TODD KIM,
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*