MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 4:20-cv-00076-BMM-JTJ |
| v. | )<br>) **FEDERAL DEFENDANT'S** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) **CROSS-MOTION FOR SUMMARY**<br>) **JUDGMENT**<br>) |
| Defendant, and | ) |
| STATE OF WYOMING, | ) |
| Intervenor Defendant. | ) |

In 2018, this Court concluded that Resource Management Plans and Environmental Impact Statements prepared by the United States Bureau of Land Management's Field Offices in Miles City, Montana, and Buffalo, Wyoming, failed to satisfy certain requirements of the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 *et seq.*, and ordered the Unites States Bureau of Land Management (BLM) to consider certain alternatives to and impacts of development in the Powder River Basin. BLM undertook those analyses and, in 2019, approved Resource Management Plan Amendments (ARMPA) and Supplemental Environmental Impact Statements (SEIS) prepared by the Miles City and Buffalo Field Offices. Plaintiffs now challenge BLM's decisions approving the ARMPAs under the APA.

Summary judgment is the appropriate vehicle for review of agency administrative decisions under the limitations imposed by the APA. *See, e.g., Nw. Motorcycle Ass'n. v. U.S. Dep't of Agric.*, 18 F.3d 1468, 1471–72 (9th Cir. 1994) (discussing the standards of review under both the APA and Fed. R. Civ. P. 56). Pursuant to Rule 56, "[t]he moving party is entitled to summary judgment as a matter of law where, viewing the evidence and the inferences arising therefrom in favor of the nonmovant, there are no genuine issues of material fact in dispute." *Id.* at 1472. Because the role of the Court under the APA is not to "find facts" but is limited to reviewing the Administrative Record to determine whether the federal

agencies considered the relevant factors and reached conclusions that were not arbitrary and capricious, there can be no genuine issue of material fact, and summary judgment is the appropriate resolution of this case.

For the reasons set forth in the accompany memorandum, BLM's ARMPAs and SEISs challenged in this action comply with both the Court's order and NEPA. Federal Defendant therefore requests that summary judgment be entered in its favor and that this action be dismissed with prejudice.

Respectfully submitted this 7th day of January, 2022.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ Arwyn Carroll
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
Fax: 202-305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376

Fax: (303) 844-1350
luke.hajek@usdoj.gov

LEIF M. JOHNSON
Acting United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*