MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | ) ) | **FEDERAL DEFENDANTS' NOTICE OF INTENT TO MOVE** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) ) ) | **FOR REMAND** |
| Defendant, and | ) ) | |
| STATE OF WYOMING, | ) ) | |
| Intervenor Defendant. | ) ) | |

In lieu of filing a reply brief in support of their cross-motion for summary judgment, Federal Defendants hereby provide notice that they intend to move for remand, without vacatur, of the decisions approving the 2019 Approved Resource Management Plan Amendments (ARMPA) and Supplemental Environmental Impact Statements (SEIS) prepared by the United States Bureau of Land Management's (BLM) Miles City Field Office and Buffalo Field Office.

The BLM prepared theses ARMPAs and SEISs in light of this Court's previous orders in *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt. (WORC II)*, No. CV 16-21-GF-BMM, 2018 WL 1475470 (D. Mont. Mar. 26, 2018) (Morris, J.), and *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt. (WORC III)*, No. CV 16-21-GF-BMM, 2018 WL 9986684 (D. Mont. Jul. 31, 2018) (Morris, J.). As briefing has proceeded in this case, however, the BLM has determined that it is appropriate to re-examine the challenged decisions and environmental analyses, and prepare new, supplemental analyses under the National Environmental Policy Act, for the Miles City and Buffalo ARMPAs. *See* Declaration of Kimber Leibhauser (Exhibit 2) ¶ 4; Declaration of Theresa M. Hanley (Exhibit 2) ¶ 4. To that end, the BLM intends to move for remand, without vacatur, of the decisions approving the ARMPAs on or before March 4, 2022.

Respectfully submitted this 25th day of February, 2022.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-305-0465
Fax:  202-305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

LEIF M. JOHNSON
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*