MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | |
| Plaintiffs, | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | **FEDERAL DEFENDANT'S MOTION FOR REMAND WITHOUT VACATUR** |
| U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendant, and | |
| STATE OF WYOMING, | |
| Intervenor Defendant. | |

Federal Defendant the United States Bureau of Land Management (BLM) respectfully requests that the Court remand, without vacatur, BLM's decisions approving the 2019 Approved Resource Management Plan Amendments (ARMPA) and Supplemental Environmental Impact Statements (SEIS) prepared by the Miles City Field Office (MCFO) and Buffalo Field Office (BFO). BLM submits this motion in lieu of filing a reply in support of its cross-motion for summary judgment, ECF No. 56. As explained in the accompanying brief, remand is appropriate here because BLM has determined, in light of comments received on the coal-leasing program, that remand of these decisions is appropriate to allow the information from the leasing program review to better inform the allocation decisions for future leasing under these plans.

In accordance with L.R. 7.1(1), counsel for Federal Defendants has conferred with counsel for Plaintiffs, who state that they oppose this motion, and Intervenor-Defendant, who states that Wyoming does not.

Respectfully submitted this 4th day of March, 2022.

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Arwyn Carroll*
        ARWYN CARROLL (MA Bar 675926)
        Trial Attorney, Natural Resources Section
        United States Department of Justice

Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-305-0465
Fax:  202-305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

LEIF M. JOHNSON
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

2