Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM <br><br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR COUNSEL AND PLAINTIFFS TO APPEAR REMOTELY AT MARCH 14, 2022 HEARING** |

Counsel for Plaintiff Sierra Club, Nathaniel Shoaff, respectfully moves the Court for permission to appear remotely at the March 14, 2022, hearing. Mr. Shoaff will not be arguing for Plaintiffs. Counsel Melissa Hornbein and Shiloh Hernandez will appear in person and present argument on behalf of all Plaintiffs.

Counsel for Plaintiffs Western Organization of Resource Councils, *et al.*, further move this Court to allow representatives of Plaintiffs' organizations to appear remotely at the March 14, 2022 hearing.

Pursuant to Local Rule 7.1(c)(1), counsel for Defendant Bureau of Land Management and counsel for Defendant-Intervenor State of Wyoming have been contacted. Neither oppose the motion.

Respectfully submitted this 8th day of March, 2022.

/s/ Shiloh Hernandez
Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

1

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*