# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR COUNSEL AND PLAINTIFFS TO APPEAR REMOTELY AT MARCH 14, 2022 HEARING** |

Plaintiffs Western Organization of Resource Councils *et al.*, having moved without opposition for Counsel Nathaniel Shoaff and members of Plaintiffs' organizations to appear remotely at the March 14, 2022 hearing, and good cause appearing, it is HEREBY ORDERED that Plaintiffs' motion is GRANTED. Counsel for Nathaniel Shoaff will contact the Clerk of Court's Office for the Zoom link.

_____
Brian Morris, Chief District Judge
United States District Court