UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, et al., | Case No. CV-20-76 -GF-BMM |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendant, and | |
| STATE OF WYOMING, | |
| Intervenor – Defendant | |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED Plaintiffs' Motion for Summary Judgment [48] is GRANTED. BLM's Motion for Summary Judgment [56] and Motion for Remand [62] are DENIED. State of Wyoming's Motion for Summary Judgment [53] is DENIED.

     Dated this 4th day of August, 2022.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk