# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor Defendant | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **ORDER GRANTING FEDERAL DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S JUDGMENT TO EXTEND THE TIME FOR COMPLETING ADDITIONAL ANALYSES ON REMAND** |

Federal Defendant United States Bureau of Land Management has filed an Unopposed Motion to Amend the Court's Judgment to Extend the Time for Completing Additional Analyses on Remand. For good cause shown therein, Federal Defendant's motion is GRANTED.

It is FURTHER ORDERED that the Court's August 3, 2022 Order (ECF No. 71) is AMENDED. BLM shall complete, within a reasonable amount of time, not to exceed sixteen months from August 3, 2022, new coal screening and NEPA analyses, as required by the Court's August 3, 2022 Order.

DATED this 2nd day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court