Travis Jordan, MT Bar No. 53199056
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for the State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-76-BMM-JTJ <br><br> **STATE OF WYOMING'S NOTICE OF APPEAL** |

    Intervenor-Defendant State of Wyoming hereby appeals to the United States Court of Appeals for the Ninth Circuit this Court's August 3, 2022 Order (Doc. 71)

granting Plaintiffs' Motion for Summary Judgment (Doc. 48); denying the Bureau of Land Management's Motion for Summary Judgment (Doc. 56), and Motion for Remand (Doc. 62); and denying the State of Wyoming's Motion for Summary Judgment (Doc. 53). The District Court entered an amended judgment in this matter on September 2, 2022. (Doc. 74).

DATED this 1st day of November, 2022.

/s/*Travis Jordan*
Travis Jordan, MT Bar No. 53199056
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Travis Jordan*
Travis Jordan