Travis Jordan, MT Bar No. 53199056
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for the State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-76-BMM-JTJ <br><br> **STATE OF WYOMING'S NOTICE OF APPEAL** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Intervenor-Defendant State of Wyoming submits this

representation statement regarding the parties to the above named action and the attorneys representing those parties as follows:

1.  Appellees/Plaintiffs Center Western Organization of Resource Councils, Center for Biological Diversity, Montana Environmental Information Center, Northern Plains Resource Council, Powder River Basin Resource Council, Sierra Club and WildEarth Guardians:

>   Melissa Anne Hornbein
>   Western Environmental Law Center
>   103 Reeder's Alley
>   Helena, MT 59601
>   406-204-4861
>   hornbein@westernlaw.org

>   Shiloh Silvan Hernandez
>   EarthJustice
>   313 East Main Street
>   P.O. Box 4743
>   Bozeman, MT 59772-4743
>   406-586-9692 ext. 1929
>   shernandez@earthjustice.org

>   Nathaniel Shoaff
>   Sierra Club
>   2101 Webster Street, Suite 1300
>   Oakland, CA 94612
>   415-977-5610
>   nathaniel.shoaff@sierraclub.org

2.  Appellant/Intervenor-Defendant State of Wyoming:

>   Travis S. Jordan
>   Wyoming Attorney General's Office

2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895
(307) 777-3542 (fax)
travis.jordan@wyo.gov

3. Appellee/Defendant United States Bureau of Land Management:

Luther L. Hajek
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
303-844-1376
303-844-1350 (fax)
luke.hajek@usdoj.gov

Arwyn Carroll
725 West Central Avenue, No. 2061
Missoula, MT 59801
202-598-3315
202-305-0506 (fax)
arwyn.carroll@usdoj.gov

Mark Steger Smith
U.S. Attorneys Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
406-657-6101
657-6058 (fax)
mark.smith3@usdoj.gov

Jean E. Williams
Wildlife & Marine Resources Section
U.S. Department of Justice
PO Box 7369
Ben Franklin Station
Washington, DC 20044-7369

202-305-0220
305-0275 (fax)
jean.williams@usdoj.gov

DATED this 1st day of November, 2022.

/s/ *Travis Jordan*
Travis Jordan, MT Bar No. 53199056
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Travis Jordan*
Travis Jordan