JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | |
| Plaintiffs, | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | **FEDERAL DEFENDANT'S NOTICE OF APPEAL** |
| U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendant, and | |
| STATE OF WYOMING, | |
| Intervenor Defendant. | |

Federal Defendant U.S. Bureau of Land Management hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the District Court's August 3, 2022 Order, ECF No. 71, and Judgment, ECF No. 72, as amended by the Court's September 2, 2022 Order, ECF No. 74, as well as all prior orders and decisions that merge into that order.

Respectfully submitted this 1st day of November, 2022.

    TODD KIM
    Assistant Attorney General
    Environment & Natural Resources Division

    ARWYN CARROLL (MA Bar 675926)
    Trial Attorney, Natural Resources Section
    United States Department of Justice
    Environment and Natural Resources Div.
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Phone:  202-305-0465
    Fax:  202-305-0506
    arwyn.carroll@usdoj.gov

    */s/ Luther L. Hajek*
    LUTHER L. HAJEK (CO Bar 44303)
    Trial Attorney, Natural Resources Section
    United States Department of Justice
    Environment and Natural Resources Div.
    999 18th St., South Terrace, Suite 370
    Denver, CO 80202
    Phone: (303) 844-1376
    Fax: (303) 844-1350
    luke.hajek@usdoj.gov

    JESSE LASLOVICH
    United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

2