JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov
luke.hajek@usdoj.gov

*Counsel for Federal Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br>　　Plaintiffs, <br><br>v. <br><br>U.S. BUREAU OF LAND MANAGEMENT, <br><br>　　Defendant, and <br><br>STATE OF WYOMING, <br><br>　　Intervenor Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br>**FEDERAL DEFENDANT'S REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Federal Defendant states that the parties to the above named action and the attorneys representing those parties are as follows:

1. Appellees/Plaintiffs Western Organization of Resource Councils, Montana Environmental Information Center, Power River Basin Resource Council, Northern Plains Resource Council, Center for Biological Diversity, Wildearth Guardians, and Sierra Club:

> Melissa A. Hornbein
> Western Environmental Law Center – Helena
> 103 Reeder's Alley
> Helena, MT 59601
> Tel.: 406-204-4861
> Email: hornbein@westernlaw.org
>
> Shiloh S. Hernandez
> Earthjustice
> 313 East Main St.
> Bozeman, MT 59715
> Tel.: 406-586-9692, ext. 1929
> Email: shernandez@earthjustice.org
>
> Nathaniel Shoaff
> Sierra Club – Oakland
> 2101 Webster St., Suite 1300
> Oakland, CA 94612
> Tel.: 415-977-5610
> Email: Nathaniel.shoaff@sierraclub.org

2. Appellant/Defendant U.S. Bureau of Land Management:

> Arwyn Carroll
> Trial Attorney, Natural Resources Section
> United States Department of Justice

1

Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
Fax: 202-305-0506
arwyn.carroll@usdoj.gov

Luther Langdon Hajek
U.S. Department of Justice
Environment and Natural Resources Div.
999 18th St.
South Terrace - Suite 370
Denver, CO 80202
Tel.: 303-844-1376
Fax: 303-844-1350
Email: luke.hajek@usdoj.gov

3.      Intervenor-Defendant State of Wyoming:

Travis S. Jordan
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Tel.: 307-777-7895
Fax: 307-777-3542
Email: travis.jordan@wyo.gov

Respectfully submitted this 1st day of November, 2022.

                        TODD KIM
                        Assistant Attorney General
                        Environment & Natural Resources Division

                        ARWYN CARROLL (MA Bar 675926)
                        Trial Attorney, Natural Resources Section
                        United States Department of Justice
                        Environment and Natural Resources Div.
                        P.O. Box 7611
                        Washington, D.C. 20044-7611
                        Phone: 202-305-0465

Fax: 202-305-0506
arwyn.carroll@usdoj.gov

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*