UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, <br><br> Defendant-Appellant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | No. 22-35874 <br><br> D.C. No. 4:20-cv-00076-BMM <br> District of Montana, <br> Great Falls <br><br> ORDER |
| WESTERN ORGANIZATION OF RESOURCE COUNCILS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant-Appellant. | No. 22-35875 <br><br> D.C. No. 4:20-cv-00076-BMM |

The conference previously scheduled for December 6, 2022, is canceled.

Appellants' motion to dismiss these appeals (Docket Entry No. 7 and Docket Entry No. 5) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator