Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., | Case No. 4:20-cv-00076-BMM |
| Plaintiffs, | |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | **PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES** |
| Defendant, | |
| and | |
| STATE OF WYOMING, | |
| Intervenor-Defendant. | |

In accordance with the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiffs submit this motion for costs and attorneys' fees. The reasons and authority supporting this motion are detailed in Plaintiffs' accompanying brief, declarations, and detailed time records. Following consultation with Federal Defendant U.S. Bureau of Land Management (BLM), the parties are simultaneously filing a joint motion to stay all briefing on this motion for 90 days in order to attempt to reach a negotiated settlement on costs and fees. BLM opposes this fee motion but has agreed to settlement talks during the 90-day stay period.

Respectfully submitted this 23rd day of December, 2022,

*Melissa Hornbein*
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649
shernandez@earthjustice.org

*Attorneys for Plaintiffs*