
Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649
shernandez@earthjustice.org

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

*Attorneys for Plaintiffs*

Nathaniel Shoaff (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5610
nathaniel.shoaff@sierraclub.org

*Attorney for Plaintiff Sierra Club*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM <br><br><br> **DECLARATION OF MELISSA HORNBEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

I, Melissa Hornbein, hereby declare:

1. I am a senior attorney with the Western Environmental Law Center in its Northern Rockies Office in Helena, Montana. I served as co-counsel in the above captioned case. I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

2. I began working on this case in August 2020, after I was hired by the Western Environmental Law Center. I conducted work on this case including, but not limited to, researching and developing the legal theories, meeting and discussing the matter with Plaintiffs, reviewing the administrative record, drafting and filing briefs, and preparing for and presenting oral arguments.

3. I received a B.A. and a B.S. from the University of Washington in 2001, a J.D. from the University of California, Hastings College of the Law in 2008, and an M.S. from the University of Montana in 2009. I attended law school with the intention of practicing environmental law. While attending law school I took classes in administrative law, environmental law, and public lands law, among other topics, and following law school completed a master's degree in Environmental Studies. In law school I interned for two Montana non-profit environmental organizations where I worked on cases related to timber harvest under the National Environmental Policy Act, National Forest Management Act,

2

and Endangered Species act, as well as issues related to state water law and fisheries instream flows.

4. Immediately after law school, I clerked for Justice Brian Morris at the Montana Supreme Court. In 2010, I took a position with the Montana Department of Natural Resources and Conservation, where I functionally split my time between two roles. Part of my time was devoted to in-house counsel duties, working on policy issues and state and federal litigation related to resource management on state lands, including state school trust lands. The larger portion of my time was spent as counsel for the Montana Reserved Water Rights Compact Commission, negotiating federal and tribal reserved water rights on behalf of the state for federal reservations managed by the U.S. Fish and Wildlife Service and Bureau of Land Management, and for the Confederated Salish and Kootenai Tribes of the Flathead Indian Reservation.

5. In 2015, I became an Assistant U.S. Attorney for the District of Montana with the U.S. Department of Justice. In that position, I worked on a full range of civil litigation, including environmental cases, tort law, and other issues. In that capacity, I litigated cases under the National Environmental Policy Act, Federal Land Policy and Management Act, and Quiet Title Act, among other statutes. In 2019, I briefly returned to the State Department of Natural Resources and Conservation before accepting a position with the Western Environmental Law

Center in 2020. At the Center, my practice is focused on climate-change-related litigation, in particular related to fossil fuel extraction on federal public lands. In my professional capacity, in addition to litigating cases in federal court, I have testified before state legislative committees on issues of environmental, water, and Indian law, and have presented on continuing legal education panels on issues of environmental law including water law, Indian law, and various laws governing fossil fuel extraction on federal lands.

6.   I have represented both the government and later non-profit clients in numerous environmental cases pursued under various state and federal statutes, including the National Environmental Policy Act, the National Forest Management Act, the Federal Land Policy and Management Act, and the Administrative Procedure Act. In my time at the Western Environmental Law Center, these cases include: *Western Energy Alliance et. al. v. Biden*, 21-cv-13-SWS (D. Wyo. Sept. 2, 2022); *Citizens for a Healthy Cmty. v. United States Dep't of Interior*, No. 21-CV-01268-MSK, 2022 WL 1597864 (D. Colo. May 19, 2022); *350 Montana v. Haaland*, 29 F.4th 1158, 1161 (9th Cir. 2022); *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.*, No. 4:20-CV-00076-GF-BMM, 2022 WL 3082475 (D. Mont. Aug. 3, 2022); *WildEarth Guardians v. Haaland*, No. CV 20-56 (RC), 2022 WL 1773476 (D.D.C. June 1, 2022); *WildEarth Guardians v. Haaland,* No. CV 17-80-BLG-SPW, 2021 WL 4192883 (D. Mont. Aug. 5, 2021); *Montana Env't*

*Info. Ctr. v. Bernhardt*, No. 119CV00130SPWTJC, 2021 WL 243140 (D. Mont. Jan. 25, 2021); *Wyoming v. United States Dep't of the Interior*, 493 F. Supp. 3d 1046 (D. Wyo. 2020); *California v. Bernhardt*, 472 F. Supp. 3d 573 (N.D. Cal. 2020).

7. In preparing this motion for costs and fees, I compiled the hours that I spent on this matter, which are reflected in the attached timesheets attached as Exhibit A to this Declaration. I record my time in increments of six minutes (1/10 of an hour). I kept my time and expense reports for this case contemporaneously, and they accurately reflect the actual time spent and expenses incurred. In exercising sound billing judgment, I carefully reviewed my time sheets and omitted excessive, redundant, and otherwise unnecessary time. This exercise of billing judgment resulted in the omission of 15.2 hours of my attorney time from Plaintiffs' fee claim. I also, along with co-counsel, exercised my billing judgment to omit 14.7 hours of time spent by colleagues at our respective organizations (itemized at Exhibit B to this Declaration). This omitted time does not include time spent by Mr. Shoaff, who represented the Sierra club and for whom no recovery is sought. In my opinion, the total hours, expenses, and award I and my co-counsel seek in this matter are reasonable.

8. I seek recovery for 147.9 hours of my time in this case, at rates ranging from $330 per hour to $350 per hour. I am familiar with prevailing market

hourly rates for attorneys who practice federal environmental law in the District of Montana. I believe my requested rates are reasonable and consistent with, if not lower than, market rates for attorneys with similar skills and experience in Montana.

9. In addition to seeking to recover reasonable attorneys' fees, Plaintiffs also seek to recover appropriate costs for the litigation. Attached as Exhibit C is a true and correct copy of an itemized statement of litigation costs that Plaintiffs seek to recover in this matter. Based on my experience, these costs include those that would ordinarily be billed to a client in litigation.

Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of December, 2022.

> */s/ Melissa Hornbein*
> Melissa Hornbein

# Exhibit A. Recorded Time of Melissa Hornbein

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/27/20 | Hornbein | Call to discuss buffalo/miles city 2.0 | 330.00 | 1.00 | 1.00 | - |
| 8/13/20 | Hornbein | Review of miles city buffalo RMP draft complaint | 330.00 | 0.80 | | 264.00 |
| 8/14/20 | Hornbein | Complaint draft review and edits (.8), associated legal research (1.1) | 330.00 | 2.90 | | 957.00 |
| 9/15/20 | Hornbein | review of PHV docs (.1), other email (.1) correspondence, legal research (.6) | 330.00 | 0.80 | | 264.00 |
| 10/1/20 | Hornbein | review D's answer | 330.00 | 2.00 | | 660.00 |
| 10/21/20 | Hornbein | call re. pendley impact on litigation | 330.00 | 1.20 | 1.20 | - |
| 11/23/20 | Hornbein | review of feds' MTD/MTT | 330.00 | 2.70 | | 891.00 |
| 12/10/20 | Hornbein | Powder River amended complaint | 330.00 | 1.80 | | 594.00 |
| 1/21/21 | Hornbein | review of MTD | 340.00 | 2.20 | | 748.00 |
| 1/26/21 | Hornbein | review of Pendley claims related issues (1.3), call w/N.Shoaff, S. Hernandez (1) | 340.00 | 2.30 | 1.30 | 340.00 |
| 2/1/21 | Hornbein | finalizing brief in resp. to MTD | 340.00 | 4.50 | | 1,530.00 |
| 2/4/21 | Hornbein | hearing prep - re-reading pleadings | 340.00 | 1.00 | | 340.00 |
| 2/5/21 | Hornbein | hearing prep - legal research | 340.00 | 3.10 | | 1,054.00 |
| 2/9/21 | Hornbein | hearing prep | 340.00 | 2.20 | | 748.00 |
| 2/11/21 | Hornbein | hearing prep | 340.00 | 3.20 | | 1,088.00 |
| 2/12/21 | Hornbein | hearing prep (5.2) and review of feds reply brief (1.2) | 340.00 | 6.40 | | 2,176.00 |
| 2/15/21 | Hornbein | Hearing prep, incl first moot w/SH, NS (1.5) | 340.00 | 6.30 | | 2,142.00 |
| 2/16/21 | Hornbein | hearing prep and second moot (1) | 340.00 | 6.80 | | 2,312.00 |
| 2/17/21 | Hornbein | hearing prep | 340.00 | 5.80 | | 1,972.00 |
| 2/18/21 | Hornbein | hearing prep (3.4) and hearing (.7) | 340.00 | 4.10 | | 1,394.00 |
| 2/24/21 | Hornbein | reviewing Morris decision on D's motion to dismiss (1), summarizing and emailing clients re. same (.5) | 340.00 | 1.50 | | 510.00 |
| 2/25/21 | Hornbein | media interaction | 340.00 | 1.00 | 1.00 | - |
| 3/8/21 | Hornbein | review of pallid sturgeon expert report draft | 340.00 | 2.60 | 2.60 | - |
| 3/12/21 | Hornbein | client call re. possible inclusion of ESA claim | 340.00 | 1.00 | 1.00 | - |
| 3/12/21 | Hornbein | review of NOI draft | 340.00 | 1.40 | 1.40 | - |
| 3/23/21 | Hornbein | PRB 2.0 discussion w/clients to discuss possible ESA claim | 340.00 | 1.00 | 1.00 | - |
| 3/30/21 | Hornbein | finalizing, review, filing of 2nd amended complaint | 340.00 | 1.30 | | 442.00 |
| 4/6/21 | Hornbein | review of proposed JCMP and associated communications w/counsel | 340.00 | 0.60 | | 204.00 |
| 4/9/21 | Hornbein | call to discuss JCMP (.2) and follow up communications (.2) with DOJ | 340.00 | 0.40 | | 136.00 |
| 8/18/21 | Hornbein | draft/finalize/file motion for extension of AR and subsequent deadlines | 340.00 | 1.50 | | 510.00 |
| 8/26/21 | Hornbein | update scheduling order | 340.00 | 0.20 | | 68.00 |
| 8/26/21 | Hornbein | review MSJ outline (.2) legal research for msj (1.2) | 340.00 | 1.40 | | 476.00 |
| 10/6/21 | Hornbein | review of admin record | 340.00 | 3.10 | | 1,054.00 |
| 10/8/21 | Hornbein | finalize/file motion for extension | 340.00 | 1.00 | | 340.00 |
| 10/11/21 | Hornbein | review of complaint and PRB 1.0 order (prep for MSJ) | 340.00 | 2.50 | | 850.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/13/21 | Hornbein | call with NS and SH (.5) to discuss brief, drafting legal/procedural hx/facts (1) | 340.00 | 1.50 | | 510.00 |
| 10/15/21 | Hornbein | review of AR/ outlining facts section SJ brief | 340.00 | 1.60 | | 544.00 |
| 10/18/21 | Hornbein | work on facts portion of SJ brief | 340.00 | 2.80 | | 952.00 |
| 10/20/21 | Hornbein | drafting intro/facts/standing sections and associated record review for citations (3.5), calls w/shiloh re. same (.3) | 340.00 | 3.80 | | 1,292.00 |
| 10/21/21 | Hornbein | call w/SH, NS re. SJ brief (.7), record review and working on facts section (1.4) | 340.00 | 2.10 | 0.20 | 646.00 |
| 10/22/21 | Hornbein | record review for SJ and drafting/editing facts | 340.00 | 1.90 | | 646.00 |
| 10/23/21 | Hornbein | drafting/editing SJ brief | 340.00 | 4.60 | | 1,564.00 |
| 10/25/21 | Hornbein | review/edits to SJ brief | 340.00 | 2.80 | | 952.00 |
| 10/27/21 | Hornbein | correspondence re. SJ brief | 340.00 | 0.30 | | 102.00 |
| 10/29/21 | Hornbein | review of final draft brief before filing (SJ) | 340.00 | 1.30 | | 442.00 |
| 11/19/21 | Hornbein | call w/clerk and emails w/co-counsel and opposing counsel re mistaken scheduling order | 340.00 | 0.40 | | 136.00 |
| 12/16/21 | Hornbein | call with NS and SH re. DOJ request for extension (.1) and call w/DOJ counsel re. same (.5) | 340.00 | 0.60 | 0.10 | 170.00 |
| 1/3/22 | Hornbein | updating deadlines following D's mt to extend briefing | 350.00 | 0.20 | | 70.00 |
| 1/10/22 | Hornbein | review of and email coms re. press release and appropriate contact person | 350.00 | 0.40 | 0.40 | - |
| 1/18/22 | Hornbein | review of DOJ SJ brief | 350.00 | 1.40 | | 490.00 |
| 1/24/22 | Hornbein | review of not. of supp authority and emails re. same | 350.00 | 0.20 | | 70.00 |
| 1/24/22 | Hornbein | review of record for reply brief (requested docs for shiloh) | 350.00 | 0.30 | | 105.00 |
| 1/30/22 | Hornbein | edit reply brief, draft intros, email to SH. | 350.00 | 2.20 | | 770.00 |
| 1/31/22 | Hornbein | review of NS email re. brief, reference to DOJ briefs, response email re. same. | 350.00 | 0.30 | | 105.00 |
| 2/1/22 | Hornbein | co-counsel email exchanges re. finalizing reply brief | 350.00 | 0.20 | | 70.00 |
| 2/3/22 | Hornbein | edit reply brief | 350.00 | 2.30 | | 805.00 |
| 2/4/22 | Hornbein | email exchanges re. finalizing and filing brief w/NS and SH | 350.00 | 0.20 | | 70.00 |
| 2/22/22 | Hornbein | communication re. and calendar moots (.2), review pleadings (2.5) | 350.00 | 2.70 | | 945.00 |
| 2/25/22 | Hornbein | oral argument prep | 350.00 | 2.30 | | 805.00 |
| 2/25/22 | Hornbein | review fed notice re anticipated motion for remand, declarations, and WY response/reply (.7) call with NS and SH re same (.4) client email re. same (.3) | 350.00 | 1.40 | | 490.00 |
| 2/28/22 | Hornbein | email to clients re. PRB (.3), call w/K. Tisdel (.2), calls w/NS and SH (.6), call to DOJ counsel (.2), f/u email to clients (.3) | 350.00 | 1.60 | | 560.00 |
| 2/28/22 | Hornbein | call w/NS, SH | 350.00 | 0.30 | | 105.00 |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 3/1/22 | Hornbein | texts with KT, NS (.2), talk to colleague (.2), talk to SH (.1), call re. remand for BFO/MCFO RMPs (.2), review of brief re. remedy request, review of past emails (.4), call w/NS (.2) | 350.00 | 1.30 | | 455.00 |
| 3/2/22 | Hornbein | email exchanges with SH and NS re. response to DOJ email on remand and email to DOJ counsel (.5) | 350.00 | 0.50 | | 175.00 |
| 3/2/22 | Hornbein | email exchanges w/co-counsel re. BLM response to our requested remand conditions (.2), draft and send response to DOJ counsel (.3) | 350.00 | 0.50 | | 175.00 |
| 3/3/22 | Hornbein | legal research re. denial of vol. remand request | 350.00 | 0.50 | | 175.00 |
| 3/4/22 | Hornbein | calls w/SH and NS re. PRB (.5), review gov motions/brief for remand (.5), email clients/additional emails w/NS/SH (.3) | 350.00 | 1.30 | | 455.00 |
| 3/5/22 | Hornbein | client and co-counsel emails (and some legal research) re. proposed next steps | 350.00 | 0.70 | | 245.00 |
| 3/7/22 | Hornbein | hearing prep | 350.00 | 2.20 | | 770.00 |
| 3/8/22 | Hornbein | review initial draft of response to motion for remand, reference motion and declarations, respond to SH re. same. | 350.00 | 0.90 | | 315.00 |
| 3/8/22 | Hornbein | oral arg prep | 350.00 | 1.50 | | 525.00 |
| 3/8/22 | Hornbein | review/edit response to mt for remand (2nd version) | 350.00 | 0.60 | | 210.00 |
| 3/9/22 | Hornbein | oral argument prep | 350.00 | 1.70 | | 595.00 |
| 3/9/22 | Hornbein | oral argument prep (2.2) and moot (1.6) | 350.00 | 3.80 | | 1,330.00 |
| 3/9/22 | Hornbein | review/edit/cite check response to mtn for remand | 350.00 | 1.00 | | 350.00 |
| 3/9/22 | Hornbein | oral argument prep - re-reading briefing | 350.00 | 1.20 | | 420.00 |
| 3/10/22 | Hornbein | email update to clients (.3), email moot info/relevant background to colleagues (.2) | 350.00 | 0.50 | | 175.00 |
| 3/10/22 | Hornbein | oral arg prep (refining outline) | 350.00 | 2.20 | | 770.00 |
| 3/11/22 | Hornbein | oral argument prep (2.6), and moot with SH, NS, B. Chillcott (1.5) | 350.00 | 4.10 | | 1,435.00 |
| 3/13/22 | Hornbein | oral argument prep | 350.00 | 3.70 | | 1,295.00 |
| 3/14/22 | Hornbein | oral argument prep (2.3), travel to/from argument (3), argument (1.5), pre-argument courtroom time (.4), f/u client debrief w/co-counsel (1), (email update to clients (.2) | 350.00 | 8.40 | | 2,940.00 |
| 3/15/22 | Hornbein | call w/Svein newman re. oral arg. | 350.00 | 0.20 | | 70.00 |
| 8/3/22 | Hornbein | texts, emails, phone calls press release (.5), and read/analyze order on SJ (1) | 350.00 | 1.50 | 0.50 | 350.00 |
| 8/4/22 | Hornbein | talk to reporters about PRB win | 350.00 | 0.50 | 0.50 | - |
| 8/4/22 | Hornbein | work on media related to PRB win at request of Jackie, Brian, Renata | 350.00 | 0.70 | 0.70 | - |
| 10/31/22 | Hornbein | review/edit remand scoping comments | 350.00 | 2.30 | 2.30 | - |
| | | **For Professional Services: Melissa Hornbein** | | **163.10** | **15.20** | **50,710.00** |

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| | | | Total Hours | 163.10 | | |
| | | | Total Hours Omitted | 15.20 | | |
| | | | Total Hours after Omisions | 147.90 | | |

**Total Attorneys' Fees** $ 50,710.00

# Exhibit B. Other Omitted Time

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/21/20 | Kyle Tisdel | Miscellaneous review (.7); confer w/ clients (1.2); | | 1.90 | 1.90 | - |
| 8/27/20 | Kyle Tisdel | confer w/ staff (.6); review complaint (.5) | | 1.10 | 1.10 | - |
| 10/19/20 | Kyle Tisdel | review (.7); confer w/ Hornbein (.5); confer w/ clients (.3); | | 1.50 | 1.50 | - |
| 10/20/20 | Kyle Tisdel | confer w/ clients (.4); confer w/ attys (.3); | | 0.70 | 0.70 | - |
| 10/21/20 | Kyle Tisdel | confer w/ Hornbein (.3); confer w/ clients (.6); | | 0.90 | 0.90 | - |
| 12/16/20 | Kyle Tisdel | confer w/ attys (.4); review (.2) | | 0.60 | 0.60 | - |
| 3/14/22 | Kyle Tisdel | attend hearing via zoom (1.5) | | 1.50 | 1.50 | - |
| 8/3/22 | Kyle Tisdel | review (1); confer w/ staff (.5) | | 1.50 | 1.50 | - |
| 8/4/22 | Kyle Tisdel | confer w/ staff (.8) | | 0.80 | 0.80 | - |
| 1/7/22 | Emily Qiu | Reading through and proofing press release | | 0.10 | 0.10 | - |
| 2/1/22 | Emily Qiu | Reply brief legal cite check | | 1.10 | 1.10 | - |
| 10/27/21 | Emily Qiu | Cite checking pages 10-17 of brief and proofed pages 1-18. | | 1.60 | 1.60 | - |
| 10/28/21 | Emily Qiu | Final proof and read through of SJ brief | | 1.40 | 1.40 | - |
| | | **For Professional Services: Kyle Tisdel/Emily Qiu** | | **14.70** | **14.70** | **-** |

| | |
|---|---|
| **Total Hours** | 14.70 |
| **Total Hours Omitted** | 14.70 |
| **Total Hours after Omisions** | - |

| | | |
|---|---|---|
| **Total Attorneys' Fees** | $ | - |

# Exhibit C. Litigation Costs

|  |  | Actual | Omit | Total Costs |
|---|---|---:|---:|---:|
| **Court Fees** |  |  |  |  |
| 8/27/20 | Filing Fee, receipt # 0977-2533723 | $ 400.00 |  | $ 400.00 |
|  |  |  |  | $ - |
|  | **Total Court Fees** | $ 400.00 | $ - | $ 400.00 |
| **Reproduction and Printing** |  |  |  |  |
| 8/28/20 | Taos Copier Log. B&W 74 x 0.20 = $14.80. | $ 14.80 |  | $ 14.80 |
| 10/6/20 | Taos Copier Log 10/06/20. B&W 6 x 0.20 = $1.20. | $ 1.20 |  | $ 1.20 |
|  | **Total Reproduction and Printing** | $ 16.00 | $ - | $ 16.00 |
| **Postage & Delivery** |  |  |  |  |
| 8/31/20 | Taos. USPS: Service of Process - summons and complaint. | $ 22.80 |  | $ 22.80 |
|  | **Total Postage & Delivery** | $ 22.80 | $ - | $ 22.80 |
|  | **Total Case Expenses** | $ 438.80 | $ - | $ 438.80 |

| | |
|---|---|
| From: | MTD_CMECF@mtd.uscourts.gov |
| To: | MTD_CMECF@mtd.uscourts.gov |
| Subject: | Activity in Case 4:20-cv-00076-BMM-JTJ Western Organization of Resource Councils et al v. United States Bureau of Land Management Filing Fee Received |
| Date: | Thursday, August 27, 2020 11:54:39 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Montana

### Notice of Electronic Filing

The following transaction was entered on 8/27/2020 at 11:53 AM MDT and filed on 8/27/2020

| | |
|---|---|
| **Case Name:** | Western Organization of Resource Councils et al v. United States Bureau of Land Management |
| **Case Number:** | 4:20-cv-00076-BMM-JTJ |
| **Filer:** | |
| **Document Number:** | No document attached |

### Docket Text:
**Filing fee: $ 400.00, receipt number 0977-2533723 (MMS)**


**4:20-cv-00076-BMM-JTJ Notice has been electronically mailed to:**

Shiloh Silvan Hernandez      hernandez@westernlaw.org

Melissa Anne Hornbein      hornbein@westernlaw.org

**4:20-cv-00076-BMM-JTJ Notice has been delivered by other means to:**

[ Counter per User ]

Data of Today:Aug. 28,2020 05:47 PM

| # | User Name | Name | Total Color | Black & White |
|---|---|---|---|---|
| 1 | 0769 | ricoh | 0 | 0 |
| 2 | 0828 | Powder River 2.0 | 0 | 74 |
| 3 | 101 | Board | 0 | 0 |
| 4 | 102 | Education/Outreach | 0 | 0 |
| 5 | 103 | Dev. Foundations | 0 | 0 |
| 6 | 105 | Development Donors | 0 | 0 |
| 7 | 109 | OfficeAdministration | 12 | 125 |
| 8 | 11 | Dina Gonzales | 0 | 0 |
| 9 | 1101 | Case Dev - Erik | 0 | 0 |
| 10 | 1102 | Case Dev - Kyle | 0 | 0 |
| 11 | 1113 | Case Dev - Kelly | 0 | 0 |
| 12 | 1116 | Case Dev - Ally | 0 | 0 |
| 13 | 1150 | Resilient Lnds & H2O | 0 | 0 |
| 14 | 117 | Program Directors | 0 | 0 |
| 15 | 1170 | Coal Research | 0 | 0 |
| 16 | 1175 | Oil & Gas Research | 0 | 0 |
| 17 | 118 | Prog. Development | 0 | 0 |
| 18 | 1180 | Clean Energy Resrch | 0 | 0 |
| 19 | 119 | CharitableActivities | 0 | 0 |
| 20 | 12 | Kyle Tisdel | 0 | 0 |
| 21 | 120 | WELC Mgmt & GC | 0 | 0 |
| 22 | 1201 | NM Methane Grant | 0 | 0 |
| 23 | 130 | Dina Gonzales | 0 | 0 |
| 24 | 136 | Kyle Tisdel | 0 | 0 |
| 25 | 140 | Erik SG | 0 | 0 |
| 26 | 141 | Allyson Beasley | 0 | 0 |
| 27 | 149 | Tom Singer | 0 | 0 |
| 28 | 15 | Erik SG | 0 | 0 |
| 29 | 156 | Kelly Nokes | 0 | 0 |
| 30 | 16 | Kelly Nokes | 0 | 0 |
| 31 | 165 | LitEduc/CLE | 0 | 0 |
| 32 | 168 | Brian Sweeney | 0 | 0 |
| 33 | 19 | Ally Beasley | 0 | 0 |
| 34 | 191 | AttorneyMeetings | 0 | 0 |
| 35 | 200 | WildlandsCaseDev | 0 | 0 |
| 36 | 204 | Wildlife Corridors | 0 | 0 |
| 37 | 205 | CPLA | 0 | 0 |
| 38 | 274 | Tennessee Creek | 0 | 0 |
| 39 | 336 | SW Travel Planning | 0 | 0 |
| 40 | 359 | Santa Fe TMP | 0 | 0 |

*Handwritten annotations:* "official 3-digit Case Code TBD" (pointing to row 2); "Total copies = Prints pg. 1 of 4" (pointing to row 7)

[ Counter per User ]

Data of Today: Oct. 06, 2020 06:17 PM

Pg. 2 of 4

| User Name | Name | Total Color | Black & White |
|---|---|---|---|
| 41 | 491 NM Water Advocacy | 0 | 0 |
| 42 | 512 SDNM Defense | 0 | 0 |
| 43 | 521 M-44 FIFRA RegReview | 0 | 0 |
| 44 | 522 Tenmile South | 0 | 0 |
| 45 | 524 SonDesTort ESA | 0 | 0 |
| 46 | 528 401 Certification | 0 | 0 |
| 47 | 531 Mexican Wolf 10(j) | 0 | 0 |
| 48 | 535 RGNF Plan Revision | 0 | 0 |
| 49 | 600 ClimateEnergyCaseDev | 0 | 0 |
| 50 | 620 Mancos Lease | 0 | 0 |
| 51 | 621 Mancos RMP | 0 | 0 |
| 52 | 632 Monument Butte | 0 | 0 |
| 53 | 633 Powder River 2.0 | 0 | 6 |
| 54 | 651 O&G Admin Matters | 0 | 0 |
| 55 | 656 North Fork APD | 0 | 0 |
| 56 | 657 North Fork RMP | 0 | 0 |
| 57 | 659 NorthForkLeaseSale | 0 | 0 |
| 58 | 668 NM Climate Change | 0 | 0 |
| 59 | 671 San Juan Basin Coal | 0 | 0 |
| 60 | 673 MT BLM Climate | 0 | 0 |
| 61 | 675 Navajo Mine | 0 | 0 |
| 62 | 681 CCAE | 0 | 0 |
| 63 | 686 Federal O&G Policy | 0 | 0 |
| 64 | 688 North Fork | 0 | 0 |
| 65 | 693 San Juan Basin O&G | 0 | 0 |
| 66 | 694 Dirty Energy | 0 | 0 |
| 67 | 695 Clean Energy | 0 | 0 |
| 68 | 696 Climate Resiliency | 0 | 0 |
| 69 | 702 Mancos APD | 0 | 0 |
| 70 | 712 Colo River RMP | 0 | 0 |
| 71 | 714 SFNF Lease | 0 | 0 |
| 72 | 715 GunnisonRvrDrlg | 0 | 0 |
| 73 | 716 Western Leasing | 0 | 0 |
| 74 | 718 WEA Intervention | 0 | 0 |
| 75 | 727 BLMOnlineLeasingFOIA | 0 | 0 |
| 76 | 728 WillSourceExpLeases | 0 | 0 |
| 77 | 729 Piceance Lease Sale | 0 | 0 |
| 78 | 732 MT O&G Leasing | 0 | 0 |
| 79 | 733 Methane Rescission | 0 | 0 |
| 80 | 735 FOIA_0056 | 0 | 0 |



#633

"Powder River 2.0"



```
                    TAOS
         318 PASEO DEL PUEBLO NORTE
              TAOS, NM 87571-9998
                  (800)275-8777
08/28/2020                           04:53 PM
-----------------------------------------
                            Unit      Price
Product           Qty       Price
First-Class Mail®   1                 $1.40
Large Envelope
    Washington, DC  20240
    Weight:0 Lb 2.70 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                             $3.55
    USPS Certified Mail #
    70192970000076911614
Return Receipt                        $1.70
(elec)
Total                                 $6.65

First-Class Mail®   1                 $1.40
Large Envelope
    Washington, DC  20530
    Weight:0 Lb 2.70 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                             $3.55
    USPS Certified Mail #
    70192970000076911621
Return Receipt                        $1.70
(elec)
Total                                 $6.65

First-Class Mail®   1                 $1.40
Large Envelope
    Billings, MT  59101
    Weight:0 Lb 2.90 Oz
    Estimated Delivery Date
    Tuesday 09/01/2020
Certified                             $3.55
    USPS Certified Mail #
    70192970000076911638
Return Receipt                        $1.70
(elec)
Return Receipt                        $2.85
    USPS Return Receipt #
    9590940248649032815831
Total                                 $9.50
-----------------------------------------
Grand Total:                         $22.80
-----------------------------------------

Credit Card Remitd                   $22.80
    Card Name:VISA
    Account #:XXXXXXXXXXXX8190
    Approval #:718235
    Transaction #:562
    AID:A0000000031010            Chip
    AL:VISA CREDIT
    PIN:Not Required
```