# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br>Defendant, <br><br>and <br><br>STATE OF WYOMING, <br><br>Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM <br><br><br><br>**[PROPOSED] ORDER GRANTING STAY** |

On motion of the parties and for good cause shown, it is hereby ORDERED that proceedings in this case are STAYED for a period of 90 days to allow the parties to negotiate a settlement of Plaintiffs' motion for costs and fees. On or before _____, ____ 2023, the parties will file a joint status report informing the Court of the status of their negotiations.

Dated this ___ day of ____, _____.

_____
Brian Morris, Chief District Judge
United States District Court