TODD KIM
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Arwyn Carroll (MA Bar 675926)
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044-7611
Ph: (202) 305-0465;
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

*Counsel for Federal Defendant*

Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 708-3058
hornbein@westernlaw.org

Shiloh S. Hernandez
Earthjustice Northern Rockies Office
313 East Main Street
P.O. Box 4743
Bozeman, Montana 59772-4743
(406) 586-9692 ext. 1929
shernandez@earthjustice.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendant, and <br><br> STATE OF WYOMING, <br><br> Intervenor Defendant. | Case No. 4:20-cv-00076-BMM-JTJ <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's December 7, 2022 Order (ECF No. 83), Plaintiffs and Federal Defendants provide the following report on the status of their negotiations regarding Plaintiffs' request for fees and costs in this case. Plaintiffs and Federal Defendants have reached an agreement in principle on fees and costs that the parties anticipate will fully resolve Plaintiffs' pending motion (ECF No. 80). The parties request that the stay continue for an additional 30 days, until April 26, 2023, to afford the parties time to finalize the agreement and obtain the necessary approvals.

DATED: March 24, 2023

Respectfully submitted,

TODD KIM,
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0465
Fax:  (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370

2

Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

/s/ *Melissa Hornbein*
Melissa A. Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hornbein@westernlaw.org

Shiloh S. Hernandez
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9649 shernandez@earthjustice.org

*Counsel for Plaintiffs*

3