# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., | Case No. 4:20-cv-00076-BMM |
| Plaintiffs, | |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THEIR MOTION FOR COSTS AND ATTORNEYS' FEES** |
| Defendant, | |
| and | |
| STATE OF WYOMING, | |
| Intervenor-Defendant. | |

In accordance with Plaintiffs' Unopposed Motion to Withdraw (Doc. 87) their pending Motion for Costs and Attorneys' Fees (Doc. 80), consistent with the Parties' most recent Joint Status Report (Doc. 86) and the terms of their Final Settlement Agreement (Doc. 86-1), and for good cause shown, Plaintiffs' motion is GRANTED. Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 80) is hereby WITHDRAWN.

Dated this ___ day of ____, 2023.

_____
Brian Morris, Chief District Judge
United States District Court