# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | Case No. 4:20-cv-00076-BMM <br><br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS THEIR MOTION FOR COSTS AND ATTORNEYS' FEES** |

In accordance with Plaintiffs' Unopposed Motion to Withdraw (Doc. 87) their pending Motion for Costs and Attorneys' Fees (Doc. 80), consistent with the Parties' most recent Joint Status Report (Doc. 86) and the terms of their Final Settlement Agreement (Doc. 86-1), and for good cause shown, Plaintiffs' motion is GRANTED. Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 80) is hereby WITHDRAWN.

Dated this 13th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court