TODD KIM
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Arwyn Carroll (MA Bar 675926)
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044-7611
Ph: (202) 305-0465;
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

*Counsel for Federal Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | |
| Plaintiffs, | Case No. 4:20-cv-00076-BMM-JTJ |
| v. | **NOTICE OF ATTORNEY WITHDRAWAL** |
| U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendant, and | |
| STATE OF WYOMING, | |
| Intervenor Defendant. | |

Pursuant to Local Civil Rule 83.3(a), Federal Defendant hereby provides notice that Arwyn Carroll withdraws as counsel for Federal Defendant in the above-captioned matter.  The following counsel will continue to represent Federal Defendant in this matter:

>Luther L. Hajek
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>999 18th Street
>South Terrace Suite 370
>Denver, CO 80202
>Telephone: 303-844-1376
>Fax: 303-844-1350
>Email: Luke.Hajek@usdoj.gov

DATED: July 10, 2023

Respectfully submitted,

TODD KIM,
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Arwyn Carroll*
ARWYN CARROLL (MA Bar 675926)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-0465
Fax:  (202) 305-0506
arwyn.carroll@usdoj.gov

LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section

United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov