# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendant, <br><br> and <br><br> STATE OF WYOMING, <br><br> Intervenor-Defendant. | **CV-20-76-GF-BMM** <br><br> **ORDER** |

Federal Defendant, U.S. Bureau of Land Management ("BLM"), has filed a Second Motion to Amend the Court's Judgment to Extend the Time for Completing Additional Analyses on Remand. (Doc. 93.) The Court's Order required BLM to complete a new coal screening and a National Environmental Policy Act ("NEPA") analysis by December 3, 2023. (Doc. 74.) BLM reports that BLM has completed the coal screening, but that BLM requires additional time to complete the NEPA analysis. (Doc. 93 at 2.) BLM requests that the Court extend the deadline by one year to December 3, 2024. (*Id.* at 7.) Intervenor-Defendant, State of Wyoming, does

1

not oppose the motion. (*Id.* at 2.) Plaintiffs, Western Organization of Resource Councils, et al., do not oppose the extension. (Doc. 94 at 2.) Plaintiffs request, however, that the Court require BLM to file quarterly updates on BLM's progress in updating and finalizing the amendments to its Resource Management Plan. BLM has shown good cause for extending the deadline by which BLM must complete the additional analyses required by the Court's summary judgment order.

Accordingly, **IT IS ORDERED** that:

1. BLM's Second Motion to Amend the Court's Judgment to Extend the Time for Completing Additional Analyses on Remand (Doc. 93) is **GRANTED**.

2. BLM shall have until December 3, 2024, to complete the required analyses.

3. BLM shall file quarterly status reports outlining BLM's progress in updating and finalizing the Resource Management Plan Amendments. BLM shall file its first status report by March 4, 2024, and file a new status report every three months thereafter.

Dated this 4th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court