TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Ph: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Ph: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 4:20-cv-00076-BMM-JTJ ) |
| v. | ) **FEDERAL DEFENDANT'S** ) **STATUS REPORT** |
| U.S. BUREAU OF LAND MANAGEMENT, | ) ) ) |
| Defendant, and | ) ) |
| STATE OF WYOMING, | ) ) |
| Intervenor Defendant. | ) ) |

Pursuant to the Court's January 4, 2024 Order, ECF No. 95, Federal Defendant U.S. Bureau of Land Management ("BLM") hereby submits this status report regarding BLM's progress in completing the resource management plan amendment process.  The BLM Buffalo and Miles City Field Offices completed their reviews and responses to the public comments received on their respective Draft Supplemental Environmental Impact Statements ("SEIS").  The field offices prepared administrative Final SEISs and, on February 21, 2024, initiated cooperating agency reviews on the documents.  After receiving cooperating agency comments, the field offices made necessary revisions and provided the Final SEISs to BLM and U.S. Department of Interior leadership for final reviews.  On May 17, 2024, BLM published the Final SEISs and issued Notices of Availability, which initiated the 30-day public protest period and the 60-day governor's consistency review.  The protest period ended on June 17, 2024, and the governor's consistency review ended on July 16, 2024.

Subsequently, the BLM Wyoming and Montana/Dakotas State Directors received and responded to the respective governor's consistency response letters on the Final SEISs/Proposed Resource Management Plan Amendments ("RMPA") issued by the Buffalo and Miles City Field Offices.  The BLM Director also received protests regarding the Final SEISs/Proposed RMPAs and issued a Protest Resolution Report for each field office, with BLM Director responses, at the end of

October.[1]  The BLM Director issued responses to the appeals from the Montana and Wyoming governors on November 6, 2024.  The BLM Director signed the records of decision for the RMPAs on November 20, 2024,[2] and the records of decision were published on November 27, 2024.[3]  Therefore, the planning processes ordered by the Court are now complete, and the case can be closed.

    Respectfully submitted this 2nd day of December 2024.

                          TODD KIM
                          Assistant Attorney General
                          Environment & Natural Resources Division

---

[1] *See* https://www.blm.gov/programs/planning-and-nepa/public-participation/protest-resolution-reports.

[2] Montana ROD on ePlanning: https://eplanning.blm.gov/projects/2021155/200534253/20123920/251023900/2024_MCFO%20ROD_20241120_508.pdf; WY ROD on ePlanning: https://eplanning.blm.gov/projects/2021239/200533937/20123692/251023672/BFO%20RODRMPA_508.pdf.

[3] Montana Federal Register Notice: https://www.federalregister.gov/documents/2024/11/27/2024-27678/notice-of-availability-of-the-record-of-decision-and-approved-resource-management-plan-amendment-for; Wyoming Federal Register Notice: https://www.federalregister.gov/documents/2024/11/27/2024-27677/notice-of-availability-of-the-record-of-decision-and-approved-resource-management-plan-amendment-for.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1376
Fax: (303) 844-1350
luke.hajek@usdoj.gov

JESSE LASLOVICH
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

*Counsel for Federal Defendant*

3